**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF KENTUCKY

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       **4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Pharmacogenetics Diagnostic Laboratory, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **DBA  PGXL Laboratories** <br> **DBA  PGX Laboratories** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **34-2030428** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **201 East Jefferson Street** <br> **Suite 309** <br> **Louisville, KY 40202** <br> Number, Street, City, State & ZIP Code | <br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Jefferson** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)       **www.pgxlab.com**

6. **Type of debtor**

☐ ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Pharmacogenetics Diagnostic Laboratory, LLC**                    Case number (*if known*) _____
_____
Name

**7.  Describe debtor's business**    A. *Check one:*

�■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☑■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ☑■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ☑■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor _____ | | Relationship _____ |
| | District _____ | When _____ | Case number, if known _____ |

Debtor    **Pharmacogenetics Diagnostic Laboratory, LLC**                    Case number (*if known*) _____
_____
Name

**11. Why is the case filed in this district?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                                    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Pharmacogenetics Diagnostic Laboratory, LLC**                    Case number (*if known*) _____
        Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November  8, 2016**
              MM / DD / YYYY

**X** **/s/ Dr. Roland Valdes, Jr.**                    **Dr. Roland Valdes, Jr.**
Signature of authorized representative of debtor          Printed name

Title   **President/CEO**

---

**18. Signature of attorney**

**X** **/s/ Charity B. Neukomm**                    Date **November  8, 2016**
Signature of attorney for debtor                         MM / DD / YYYY

**Charity B. Neukomm**
Printed name

**Kaplan & Partners LLP**
Firm name

**710 West Main Street**
**Fourth Floor**
**Louisville, KY 40202**
Number, Street, City, State & ZIP Code

Contact phone  **502-416-1630**        Email address _____

**92622**
Bar number and State

## CERTIFICATE OF ADOPTION
## OF RESOLUTION
## OF LIMITED LIABILITY COMPANY

I, Roland Valdes, Jr. declare under penalty of perjury that I am the President, a Director, and a Member of Pharmacogenetics Diagnostics Laboratory, LLC, and that on November 7, 2016, at a special meeting of the Board of Directors, the following resolution was duly adopted by the Board of Directors of this limited liability company.

"Whereas, it is in the best interest of this limited liability company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Roland Valdes, Jr., and Mark Linder, members of the Board of Directors of this limited liability company, are appointed as the Executive Committee of the company pursuant to Section 11.1 of the Operating Agreement.

Be It Further Resolved that the Executive Committee is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the limited liability company; and

Be It Further Resolved, that the Executive Committee is authorized and directed to appear in all bankruptcy proceedings on behalf of the limited liability company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the limited liability company in connection with such bankruptcy case; and

Be It Further Resolved, that the Executive Committee is authorized and directed to employ Charity B. Neukomm, attorney, and the law firm of Kaplan & Partners LLP to represent the limited liability company in such bankruptcy case and to pay a retainer in the amount of $25,000.00."

**PHARMACOGENETICS DIAGNOSTICS LABORATORY, LLC**

_____

By: Roland Valdes, Jr.
Its: President, Director, and Member

| **Present:** | **Yes** | | **No** |
|---|---|---|---|
| Dr. Roland Valdes, Jr. | ☐**X** | | ☐ |
| Dr. Mark W. Linder | ☐**X** | | ☐ |
| R. Jason Tomlinson | ☐**X** | | ☐ |
| Robert Proulx | ☐**X** | | ☐ |

| **Vote on the Resolution:** | **Yes** | **No** | **Abstain** |
|---|---|---|---|
| Dr. Roland Valdes, Jr. | ☐**X** | ☐ | ☐ |
| Dr. Mark W. Linder | ☐**X** | ☐ | ☐ |
| R. Jason Tomlinson | ☐ | ☐**X** | ☐ |
| Robert Proulx | ☐**X** | ☐ | ☐ |

The foregoing accurately reflects the attendance at the meeting and the vote on the resolution:

_____
Dr. Roland Valdes, Jr., Member

_____
Dr. Mark Linder, Member

_____
R. Jason Tomlinson

_____
Robert Proulx

| Present: | Yes | No |
|---|---|---|
| Dr. Roland Valdes, Jr. | ☐X | ☐ |
| Dr. Mark W. Linder | ☐X | ☐ |
| R. Jason Tomlinson | ☐X | ☐ |
| Robert Proulx | ☐X | ☐ |

| Vote on the Resolution: | Yes | No | Abstain |
|---|---|---|---|
| Dr. Roland Valdes, Jr. | ☐X | ☐ | ☐ |
| Dr. Mark W. Linder | ☐X | ☐ | ☐ |
| R. Jason Tomlinson | ☐ | ☐X | ☐ |
| Robert Proulx | ☐X | ☐ | ☐ |

The foregoing accurately reflects the attendance at the meeting and the vote on the resolution:

_____          _____
Dr. Roland Valdes, Jr., Member                        Dr. Mark Linder, Member


_____          _____
R. Jason Tomlinson                                           Robert Proulx

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Pharmacogenetics Diagnostic Laboratory, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF KENTUCKY** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Advanced Business Solutions 2908 Brownsboro Rd. Ste. 206 Louisville, KY 40206 | | | | | | $7,494.52 |
| American Express P.O. Box 650448 Dallas, TX 75265-0448 | | | | | | $10,137.63 |
| Bingham Greenebaum Doll, LLP 3913 Solutions Center Chicago, IL 60677 | | | | | | $60,136.89 |
| Brown, Robert Business School, Bellarmine University 2001 Newburg Road Louisville, KY 40205 | | | | | | $24,000.00 |
| Carolina Container PO Drawer 2166 High Point, NC 27261 | | | | | | $11,044.13 |
| CGS Administrators LLC J15-Kentucky Part B Attn:  Overpayment Recovery Nashville, KY 37202-0018 | | | Disputed | | | $26,333,173.00 |
| Duplicator Sales & Service, Inc. 831 East Broadway Louisville, KY 40204 | | | | | | $7,995.33 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

Debtor   **Pharmacogenetics Diagnostic Laboratory, LLC**                      Case number *(if known)*
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Epstein Becker Green<br>Two Houston Center<br>909 Fannin, Suite 3838<br>Houston, TX 77010 | | | | | | $8,348.50 |
| Essential Molecular Testing Corporation<br>D. Brian Rattliff<br>Kruger & Schwartz<br>3339 Taylorsville Road<br>Louisville, KY 40205 | | | | | | $1,944,130.93 |
| Fisher Scientific<br>Attn:  964123-001<br>13551 Collections Center Dr.<br>Chicago, IL 60693 | | | | | | $10,266.49 |
| Hamilton Robotics<br>ATTN: Accounts Rec.<br>PO Box 10030<br>Reno, NV 89520-0012 | | | | | | $20,769.68 |
| Jefferson County Sheriff's Office<br>PO Box 34570<br>Louisville, KY 40232 | | | | | | $43,197.26 |
| Kentucky Department of Revenue<br>501 High Street<br>Frankfort, KY 40601 | | | | | | Unknown |
| Life Technologies - Invitrogen<br>Bank of America<br>Lockbox Services<br>12088 Collections Center Dr.<br>Chicago, IL 60693 | | | | | | $195,405.74 |
| Master Control, Inc.<br>6330 South 3000 East, Ste. 200<br>Salt Lake City, UT 84121 | | | | | | $13,990.45 |
| Mintz, Levin, Cohn, Ferris, Glovsky&Pope<br>Popeo, P.C.<br>PO Box 4539<br>Boston, MA 02212-4539 | | | | | | $155,365.36 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Pharmacogenetics Diagnostic Laboratory, LLC**                    Case number *(if known)*  _____
           Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **NYS Workers Compensation Board Finance Office, Assessment Unit 328 State St. Rm 331 Schenectady, NY 12305** | | | | | | **$11,500.00** |
| **Orchard Software Corp 701 Congressional Blvd., STE 360 Carmel, IN 46032** | | | | | | **$9,290.92** |
| **Silicon Biosystems US Office and Laboratory 10355 Science Center Drive San Diego, CA 92121** | | | | | | **$145,000.00** |
| **Telcor 7101 A. St., Lincoln, NE 68510** | | | | | | **$70,850.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Abbott Laboratories
1350 E. Touchy Avenue
Des Plaines, IL 60018-3315

Abcam, Inc.
PO Box 3460
Boston, MA 02241-3460

ACGC, LLC
MICHAEL TAIN
270 ElCamino Real
Encinitas, CA 92024

Acuity - Property insurance-ONLINE
2800 S. Taylor Drive
P.O. Box 718
Sheboygan, WI 53081

AdPlus
4011 Shepherdsville Rd.
Louisville, KY 40218

Advanced Business Solutions
2908 Brownsboro Rd. Ste. 206
Louisville, KY 40206

Advanced Chemical Sensors Inc.
101B Glades Road
Boca Raton, FL 33432

Advanced Graphics Software
132 North EL Camino Real
Encinitas, CA 92024-2801

Advanced Pain Management Center
1170 East Broadway, STE 300
Louisville, KY 40204

Affymetrix
PO Box 742956
Los Angeles, CA 90074-2956

Agape
171 Container Place
Cincinnati, OH 45246

Agency for Health Care Administration
Office of Finance and Accounting
Revenue Management Unit
Tallahassee, FL 32308

AHCA
Accounts Rec Department
PO Box 13749 - Mail Stop # 14
Tallahassee, FL 32317-3749

AIT Laboratories
ATTN; Accounts Receivable
2265 Executive Drive
Indianapolis, IN 46241

Alabama Department of Revenue
Individual & Corp. Tax
Business Privilege Tax Section
Montgomery, AL 36132-7320

All-Pro Video
10602 Timberwood Circle
Louisville, KY 40223

Alltech Associates, Inc. (Grace Davidson
4127 Collections Center Dr.
Chicago, IL 60693

Alpine Interior Foliage, Inc.
2125 Buechel Bank Rd.
Louisville, KY 40218

Amazon
P.O. BOX 960016
Orlando, FL 32896

America Mobile X-Ray, Inc.
781 Station Drive, Ste. 103
Arlington, TX 76015

American Cancer Society
701 W. Muhammad Ali. Blvd
Louisville, KY 40203

American Express
P.O. Box 650448
Dallas, TX 75265-0448

American Mastertech Scientific, Inc.
P. O. Box 2539
Lodi, CA 95241-2539

Amex - Corporate
PO Box 650448
Dallas, TX 75265-0448

Antoni, Pam
11505 NE Yacht Harbor Drive C517
Portland, OR 97217

AnythingGroes
PO Box 305
Buckner, KY 40010

ApoVax, Inc.
1044 E Chestnut Street
Louisville, KY 40204

Applied Biosystems
32000 Collections Center Drive
Chicago, IL 60693-0320

Association of Clinical Scientists
Attn: Anara Baimetova
6431 Fannin Street
Houston, TX 77030

Assured NL Insurance Agency, Inc.
Neace Lukens
2305 River Road
Louisville, KY 40202

AssuredPartners
4000 Smith Road, Ste. 400
Cincinnati, OH 45209

ATCC
5779 Collection Center Dr.
Chicago, IL 60693

ATT
PO Box 105262
Atlanta, GA 30348

Auto Ink, Inc.
8810 Old Bates Rd.
Louisville, KY 40228

AutoGenomics, Inc.
2980 Scott St.
Vista, CA 92081

Baby Julia Adoption Fund
PO Box 17674
Little Rock, AR 72222

Baker, Ria
1503 Lakeland Dr.
Georgetown, IN 47122

Bee Line Courier Services, Inc
P.O. Box 32186
Louisville, KY 40232

Best Stamp Co.
631 W. Main St.
Louisville, KY 40202

Bingham Greenebaum Doll, LLP
3913 Solutions Center
Chicago, IL 60677

Bio-Rad Laboratories
PO Box 849740
Los Angeles, CA 90084-9740

BioExpress
PO Box 644881
Pittsburg, PA 15264-4881

BioTek
Highland Park PO Box 998
Winooski, VT 05404-0998

Birch Comminications
PO Box 105066
Atlanta, GA 30348-5066

Bland Holdings
1010 Allen St. STE 203
Owensboro, KY 42301

Bloom Media Services
1801 South Liberty Dr. Ste 200
Bloomington, IN 47403

Bluegrass Credentialing & Consulting, LL
121 South Highland St.
Winchester, KY 40391

BMS
PO Box 43653
Louisville, KY 40253-0653

Borgman, Mark
2002 Leanders Rd.
Floyds Knobs, IN 47119

Bornstein General Contracting
2950 Breckenridge Lane
Suite 9A
Louisville, KY 40220

Bourcy, Katherine
521 Zorn Ave.
H8
Louisville, KY 40206

Bowen, Mark
3512 Jennifer Dr.
Flower Mound, TX 75022

Braun, Cary
3507 Birchmore Place
Louisville, KY 40245

Breeding Henderson & Hord
1050 Monarch Street Ste. 300
Lexington, KY 40513

Brightside Foundation, Inc.
PO Box 70362
Louisville, KY 40270

Broslaw, David
3 Fairway W.
Colts Neck, NJ 07722

Brown, Robert
Business School, Bellarmine University
2001 Newburg Road
Louisville, KY 40205

Brown, Vanessa
10838 Dorton Dr.
Louisville, KY 40272

Business First of Louisville
PO Box 504256
St. Louis, MO 63150-4256

Business Wire, Inc.
Department 34182
PO Box 39000
San Francisco, CA 94139

California Department of Public Health
Accounting Section/Cashiering Unit
MS 1601, PO Box 997376
Sacramento, CA 95899-7376

Calloway Laboratories, Inc.
ATTN: Bob Ricci
12 Gill Street
Woburn, MA 01801

Cancer Diagnostics
PO Box 1205
Birmingham, MI 48012-1205

Capital Consulting Group LLC
David T. Richardson
612 Club Lane
Louisville, KY 40207

Carolina Container
PO Drawer 2166
High Point, NC 27261

Carpet Specialists
Carpet Cleaning Division
2101 Stanley Gault Parkway
Louisville, KY 40223

Carrithers Law Office, PLLC
120 W. Stephen Foster Ave., Ste. 101
Bardstown, KY 40004

Carver, Cheri
9099 N. County Road 550 E.
Pittsboro, IN 46167

Caswell, Sharon
632 W. Madison St.
LaGrange, KY 40031

Caudle, Austin
3720 Windmeade Rd.
Wake Forest, NC 27587

CDM, INC
8015 Catherine Lane # 4
Louisville, KY 40222

Cerner Corp.
Attn : Accounts Rec.
PO Box 412702
Kansas City, MO 64117

CGK Consulting, LLC
Chris Peyton
6951 Virginia Pkwy, Ste. 332
McKinney, TX 75071

CGS
Part B. Medicare
PO Box 9570765
St. Louis, MO 63195-7065

CGS Administrators LLC
J15-Kentucky Part B
Attn:  Overpayment Recovery
Nashville, KY 37202-0018

CGS Administrators, LLC
ATTN: Overpayment Recovery
PO Box 20018
Nashville, TN 37202

Champion Medical
52 Mouse Creek Rd.
Cleveland, TN 37312

Charlie Wilson's Appliance
202 East Market Street
Louisville, KY 40202

Cheriyan, Dalina
7225 Leisure Court
Louisville, KY 40229

Citrix Online, LLC
File 50264
Los Angeles, CA 90074-0264

Clark and Riggs Printing, Inc.
1705 West Jefferson St.
Louisville, KY 40203

CLIA Laboratory Program
PO Box 530882
Atlanta, GA 30353-0882

ClocktowerHumana - Clocktower
123 East Main St.
Suite 101
Louisville, KY 40202

Clontech Laboratories, Inc.
PO Box 45794
San Francisco, CA 94145-0794

CNA Surety
PO Box 802876
Chicago, IL 60680-2876

Coastal Genetics, LLC
PO Box 464
Fairhope, AL 36532

CodeMap
1901 N. Roselle Road
Suite 640
Schaumburg, IL 60195

Coldwell Banker McMahan
PO Box 306
Crestwood, KY 40014

College Of American Pathologists
P.O. Box 71698
Chicago, IL 60694-1698

Collins, Brooks
117 Cove Lake Drive
Longwood, FL 32779

Commonwealth of Kentucky
Division of Unemployment Insurance
P.O. Box 948
Frankfort, KY 40602-6835

Copyright Clearance Center
PO Box
843006
Boston, MA 02284-3006

Corporate Fitness Works
Humana-Clocktower
123 E. Main St., Ste. 101
Louisville, KY 40202

Cowherd, Mark
14009 Hickory Ridge Rd.
Louisville, KY 40245

Critical Path Consulting
45 W. 48th St.
Indianapolis, IN 46208

Crown Trophy
6020 Bardstown Rd.
Louisville, KY 40291

CT Corporation
PO Box 4349
Carol Stream, IL 60197-4349

Dahm, Matthew
2714 Brookhaven Drive
Wheelersburg, OH 45694

Darob, Inc.
PO BOX 99085
1801 Research Drive
Louisville, KY 40269

De Lage Landen
1111 Old Eagle School Road
Wayne, PA 19087

Delaware Department of Labor
Employment Training Fund Tax
PO Box 41780
Philadelphia, PA 19101

```
Dell
c/o Dell USA L.P.
Payment Processing Center
Carol Stream, IL 60197-5292

Dell
Payment Processing Center
PO Box 5292
Carol Stream, IL 60197-5292

Dell Financial Services L.L.C.
Mail stop-PS2DF-23 One Dell Way
Round Rock, TX 78682

Delta Force Group, Inc.
5500 Park Place Ave.
Edina, MN 55424

DeMarco, Paul
1105 Town Blvd.
Apt 4406
Atlanta, GA 30319

Denham, Brad
13 Virginia Ave.
Ft. Mitchell, KY 41017

Department of Health and Mental Hygiene
Office of Health Care Quality
Spring Grove Center-Bland Bryant Buildin
Catonsville, MD 21228

DeSalvo and Co., Inc.
9987 Carver Rd., STE 210
Cincinnati, OH 45242

DIA
PO Box 95000-1240
Philadelphia, PA 19195-1240

Diana Maslowski
1910 Oriole Place
Prospect, KY 40059

DirecTv Service
PO Box 6414
Carol Stream, IL 60197-6414

DNA Core
University of Louisville
Baxter II, R. 226
Louisville, KY 45202
```

```
Docu Confidential
4100 Eastmoor Rd.
Louisville, KY 40218

Dolan, Kim
6909 Briarhill Rd.
Crestwood, KY 40014

Doughty, Brian
5500 Park Place
Edina, MN 55424

Dulworth, Breeding and Karns, LLP
121 Old Lafayette Avenue
Lexington, KY 40502-1703

Duplicator Sales & Service, Inc.
831 East Broadway
Louisville, KY 40204

E Leet Stone Countertops
13040 Middletown Industrial Blvd.
Louisville, KY 40223

eDocfile, Inc.
2709 Willow Oaks Drive
Varlico, FL 33594

Education & Workforce Development Cab.
275 East Main Street
Frankfort, KY 40601

Edwards, Thomas
12204 Ridge Road
Anchorage, KY 40223

Ehrich, Curtis
5122 Oaklawn Park Dr.
Louisville, KY 40299

Ehrich, Stephen
5122 Oaklawn Park Dr.
Louisville, KY 40299

Elmasri, Adnan
3903 Forest Trace Court
Louisville, KY 40245

Employment Plus, Inc.
Employment Plus, Inc.
#774561
Chicago, IL 60677-4005
```

```
EMS Acquisition Corp
dba Electron Microscopy Sciences
PO Box 550
Hatfield, PA 19440

Engine Yard
PO Box 77130
San Francisco, CA 94107-1713

Enzo Life Sciences Inc
10 Executive Boulevard
Farmingdale, NY 00011-7353

Eppendorf
P.O. Box 13275
Newark, NJ 07101-3275

Epstein Becker Green
Two Houston Center
909 Fannin, Suite 3838
Houston, TX 77010

Esarey, Brad
6009 Maddox Blvd.
Prospect, KY 40059

EscrowTech International, Inc.
Technology Law Center
3290 West Mayflower Way
Lehi, UT 84043

Essential Molecular Testing Corp.
19195 Mystic Pointe Dr.
Tower 100, Unit 2402
Aventura, FL 33180

Essential Molecular Testing Corporation
D. Brian Rattliff
Kruger & Schwartz
3339 Taylorsville Road
Louisville, KY 40205

Eventboard
Attention:  Accounting
224 South 200 West, STE 100
Salt Lake City, UT 84101

Evergreen Environmental
100 South 1st. Street
Shelbyville, KY 40065

Excellent Projects
4024 Springhll Rd,
Louisville, KY 40207
```

Fastsigns
6005A Fern Valley Rd.
Louisville, KY 40228

FedEx
PO Box 371461
Pittsburgh, PA 15250-7461

Fidelity Capital
7700 Irvine Center Dr., STE 970
Irvine, CA 92618

Finelight
1801 South Liberty Drive
STE 400
Bloomington, IN 47403

Fineline Printing Group
8081 Zionsville, Rd.
Indianapolis, IN 46268

Fisher Scientific
Attn: 964123-001
13551 Collections Center Dr.
Chicago, IL 60693

Fleur de Lis Developments
9617 Dolphin Court
Louisville, KY 40299

Florida Dept of State
Division of Corp.
PO Box 6198
Tallahassee, FL 32314

Forcellini, Jessica
4805 Sycamore Run Drive
LaGrange, KY 40031

Fred Pryor Seminars
PO Box 219468
Kansas City, MO 64121-9468

Fridell, Ellie
4326 Brownsboro Glen Road
Louisville, KY 40241

Galamb, Jack
13 Birch Lane
Narlton, NJ 08063

GBC
145 Bradford Dr
West Berlin, NJ 08091

GCI Health
PO Box 101890
Atlanta, GA 30392-1890

General Internal Medicine
ATTN: Enrique Gonzalez
50 N. Medical Drive RM 4B120
Salt Lake City, UT 84132

Genomas
ATTN: Mohan Kocherla
67 Jefferson Street
Hartford, CT 06106

Genomic Intell
c/o Joe Dondanville
2024 Chestnut Avenue
Wilmette, IL 60091

GenOmind, LLC
Michael Koffler
First Lab
Chalfont, PA 18914

GenWay Biotech, Inc.
6777 Nancy Ridge Drive
San Diego, CA 92121

Gibbs, Travis
10055 Mallet Dr.
Dayton, OH 45458

Gilchrist, Gene
1522 North Prospect Avenue
Number 1605
Milwaukee, WI 53202

GLI
614 West Main St., Ste. 6000
Louisville, KY 40202

Goudy, Kevin
219 Gordon Street
DeCatur, GA 30030

Grantz, Kirben Adams
1849 Alfresco Place
Louisville, KY 40205

GraphPad Software Inc
7825 Fay Ave., Ste. 230
La Jolla, CA 92037

```
Greenlaw, Cody
2649 Shadow Hill Lane
Plano, TX 75093

Greenspan, Mitchell
23 Berkley Lane
Rye Brook, NY 10573

Group Resources
3080 Premiere Parkway, STE 100
Duluth, GA 30097

Guardian-online-AutoPay
PO Box 530157
Atlanta, GA 30353-0157

Guntenspergen, Ed
22726 Stanford Dr.
Frankfort, IL 60423

H & M Diversified Group Inc
347 Burgher Ave.
Staten Island, NY 10305

Hamilton Robotics
ATTN: Accounts Rec.
PO Box 10030
Reno, NV 89520-0012

Harrison, Kellie
7412 Old Coach Rd.
Crestwood, KY 40014

Hartung, Bronwyn Ramey
10055 Harrods Creek Drive
Prospect, KY 40059

hc1.com, Inc.
Dept CH 19588
Palatine, IL 60055-9588

HCPro
PO Box 1168
Marblehead, MA 01945-9939

HCS
Ray Fernandez
18862 SW 55th St.
Miramar, FL 33029

HealthPort
PO Box 409875
Atlanta, GA 30384-9875
```

Heckman, David
2171 4th St
Baker City, OR 97814

Highmark Blue Shield
Cashier
P.O. Box 890150
Camp Hill, PA 17011-9774

Histologistics, Inc.
60 Prescott Street
Worcester, MA 01605

HR Affiliates-ACH
1930 Bishop Lane
Louisville, KY 40218

Humana Heakth Care Plans
PO Box 931655
Atlanta, GA 31193-1655

Humana, Inc. Auto pay 3rd of the month
PO Box 528
Carol Stream, IL 60132-0528

Hurd, Don
720 King Rd
Coxs Creek, KY 40013

Hutchison Company
369 Douglas Rd.
PO B0x 486
Whitinsville, MA 01588

I.genetics
c/o Terri Waller
4241 Darbrook Rd.
Louisville, KY 40207

Idaho Technology, INC
390 Wakara Way
Salt Lake City, UT 84108

IGL, International Genetics Lab
900 Wilshire Dr. Ste 202
Troy, MI 48084

Illumina, Inc.
5200 Illumina Way
San Diego, CA 92122

IMC Framed Art & Mirrors, Inc.
11400 Watterson Court
Louisville, KY 40299

Imperial Credit Corporation
Box 9045
New York, NY 10087-9045

Infinata
100 River Ridge Drive
Ste. 204
Norwood, MA 02062

Innovise Creative Group
304 W. Liberty Street
Suite 1M
Louisville, KY 40202

Integrated DNA
25104 Network Place
Chicago, IL 60673-1251

Integrated Global Medical Solutions
Ahmad Yasin
3543 Valley Trail, Ste. 202
Chattanooga, TN 37415

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Intire Health
DB MEDIA AND MEDICAL MKT
3125 Glendale Dr.
Grand Prairie, TX 75052

Intrepid Bioinformatics
201 East Jefferson St.
Louisville, KY 40202

Inventiv Solutions, LLC
51 Feather Sound Dr
Henderson, NV 89052-6614

Ipsogen , Inc.
700 Canal Street., Ste 309
Stamford, CT 06902

ISI Biosciences
MIRANDA COOK
104 W. Market Street
Athens, AL 35611

Jamie Brodsky
Stoll Keenon Ogden PLLC
2000 PNC Plaza
500 West Jefferson Street
Louisville, KY 40202-2828

JCKY's Life Sciences & Innovation Center
c/o NTS Management Company
600 N. Hurstburne Parkway, Ste. 300
Louisville, KY 40222

JClark Designs
10737 Hobbs Station Rd.
Louisville, KY 40223

JDJ Rx
DBA FLO-MASS CONSULTING
4175 Davie Road
Davie, FL 33314

Jefferson County Clerk
527 W. Jefferson St.
Louisville, KY 40202

Jefferson County Kentucky
P.O. Box 70300
Louisville, KY 40270-0300

Jefferson County Sheriff's Office
PO Box 34570
Louisville, KY 40232

Johnson, Nancy
4024 Springhill Rd.
Lousiville, KY 40207

Johnson, Thomas J.
4024 Springhill Rd.
Louisville, KY 40207

Kaeser & Blair Inc.
3771 Solutions Center
Chicago, IL 60677-3007

Kampfrath, Thomas
508 S. Shelby St. Apt. E
Louisville, KY 40202

Kashwise Global Funding, Inc.
920 Allamanda Dr.
Delray Beach, FL 33483

Kathy Valdes
1629 Connor Station Rd.
Simpsonville, KY 40067

Kelleher, Kevin
2295 Shamrock Ln., Unit D
Troy, OH 45373

Kelly Services, Inc.
PO Box 530437
Atlanta, GA 30353-0437

KEMI
Payment Processing Center
PO Box 12500
Lexington, KY 40583-2500

Kennedy Information, LLC
Attn:  Customer Care
24 Railroad St.
Keene, NH 03431-3744

Kenny, Karen
552 Lilly Ave
Louisville, KY 40217

Kentuckiana Technologies
PO Box 91827
Louisville, KY 40291

Kentucky Department of Revenue
501 High Street
Frankfort, KY 40601

Kentucky Mirror & Plate Glass
822 W. Main Street
Louisville, KY 40202

Kentucky Secretary of State
Annual Reports Branch
P.O. Box 1150
Frankfort, KY 40602-1150

Kentucky State Treasurer
Kentucky Department of Revenue
Frantfort, KY 40620

Kentucky State Treasurer
Office of Inspector General
275 East Main Street, 5E-A
Frankfort, KY 40621

KESA
P. O. Box 856300
Dept. 114
Louisville, KY 40285-6300

Kincaid, Kim
4007 Forest Crest Place
Louisville, KY 40245

Knight Audio
11874 Capital Way
Louisville, KY 40299

Kristen Reynolds
2213 Wrocklage Ave.
Louisivlle, KY 40205

Kruk, Alexander
229 Jennymac Drive
Louisville, KY 40229

Kurz, Gordon
17 Raphael Rd.
Hockenssin, DE 19707

L and D Mail Masters
110 Security Parkway
New Albany, IN 47150

LabCorp
PO Box 12140
Burlington, NC 27216-2140

LabDx
2277 Thunderstick Drive
Lexington, KY 40505

Laboratory Supply Company Inc. dba Labsc
dba Labsco, Inc.
PO Box 670269
Dallas, TX 75267-0269

Lamont Hanley & Assc, Inc.
1138 Elm St.
Manchester, NH 03101

Larson, Trevor
7509 63rd Street, Cir. S
Cottage Grove, MN 55016

Lazer, Inc.
507 S. Prospect Ave.
Clearwater, FL 33756

Leica Microsystems Inc.
14008 Collections Center Drive
Chicago, IL 60693

Lenovo, Inc.
PO Box 643055
Pittsburgh, PA 15264-3055

Lexis Nexis
PO Box 2314
Carol Stream, IL 60132-2314

LG & E
PO Box 9001960
Louisville, KY 40290

Life Technologies - Invitrogen
Bank of America Lockbox Services
12088 Collections Center Dr.
Chicago, IL 60693

Lightyear Network Solutions, Inc.
PO Box 740050
Cincinnati, OH 45274

Linder, Beth
5124 Oaklawn Park Drive
Louisville, KY 40299

Linder, Mark
PO Box 931100
Louisville, KY 40293-1100

Linder, Mark-E.
5124 Oaklawn Park Dr.
Louisville, KY 40299

Linder, William
5124 Oaklawn Park Drive
Louisville, KY 40299

Logan's
P.O. Box 643958
Cincinnati, OH 45264-3958

Louisville Metro Revenue Commission
617 W. Jefferson Street
Louisville, KY 40202

Louisville Metro Revenue Commission
PO Box 37740
Louisville, KY 40233-7740

Louisville Pathology Associates, PSC
Department of Pathology
Jewish Hospital
Louisville, KY 40202

Louisville Regional Science Fair, Inc.
C/O KY Science Center
727 West Main Street
Louisville, KY 40202

```
LTC Ventures
JEFF KERLEY
413 GOLF DRIVE
BIRMINGHAM, AL 35226

Luminex Corporation
PO Box 915207
Dallas, TX 75391-5207

Luminex Molecular Diagnostics
ATTN: Accounts Receivable
439 University Avenue, Suite 900
Toronto, ON M5G 1Y8

Luminex Molecular Diagnostics Bronze/Gol
PO Box 844222
Dallas, TX 75284-4222

Marlin Business Bank
2795 E Cottonwood Pkwy
Salt Lake City, UT 84121

Marlin Business Bank-AutoACH PNC 7th
PO Box 13604
Philadelphia, PA 19101-3604

Marmet, Martha
4631 Hillside Dr.
Louisville, KY 40216

Maslowski, Kara
6636 Northridge Cir.
Louisville, KY 40241

Mass Mutual
Law Department
1295 State Street
Springfield, MA 00111

Master Control, Inc.
6330 South 3000 East, Ste. 200
Salt Lake City, UT 84121

Mayo Clinic
Mayo Medical Laboratories
Business Office
Rochester, MN 55903-4100

Mayo Collaborative Services, Inc.
D.B.A. Mayo Medical Laboratories
P.O. Box 9146
Minneapolis, MN 55480-9146
```

MB Financial Bank, N.A.
6111 North River Road, 9th Floor
Rosemont, IL 60018

McClure, George David
3123 Runnymede Road
Louisville, KY 40222

McCormick, Greg
329 East Oak Street
Apt. 9
Louisville, KY 40203

McDonald Hopkins
Attn: Accounts Receivable
600 Superior Ave, E.
Cleveland, OH 44114

McNally, Beth
1710 Charlestown New Albany Rd.
#99
Jeffersonville, IN 47130

Media Lab, Inc.
242 Culver Street
Suite 300
Lawrenceville, GA 30046

Media Library, Inc.
7604-D Big Bend Blvd.
St. Louis, MO 63119

Medical Device Regulatory Solutions
811 N. Main Street
Ann Arbor, MI 48104

Medical Equipment Source, LLC
364 Mars- Valencia Rd.
Mars, PA 16046

Medicare Part B Center
CGS Administrator, LLC
PO Box 957065
St. Louis, MO 63195-7065

MediFit
25 Hanover Rd
Florham Park, NJ 07932

Mentelle Media, LLC
38 Mentelle Park
Lexington, KY 40502

Mercedes Medical
PO Box 850001
Orlando, FL 32885-0123

Meridian Health Plan
777 Woodward Ave., Ste 600
Detroit, MI 48226

MetaCyte
c/o Michael Curtin
University of Louisville Foundation, Inc
Louisville, KY 40292

Mettler-Toledo Rainin, LLC
27006 Network Place
Chicago, IL 60673-1270

MIDSCI
P.O. Box 11750
St. Louis, MO 63105

Midwest Premium Finance
24722 Network Place
Chicago, IL 60673-1247

MidWest Premium Finance
IPFS Corporation
24722 Network Place
Chicago, IL 60673-1247

Midwest Premium Finance
PO Box 412086
Kansas City, MO 64141-2086

Miller, Mick
200 Cayuga Rd.
Louisville, KY 40207

Miller, Molly
7303 Arrowwood Rd.
Louisville, KY 40222

Millipore - EDM Millipore
25760 Network Place
Chicago, IL 60673-1257

Mintz, Levin, Cohn, Ferris, Glovsky&Pope
Popeo, P.C.
PO Box 4539
Boston, MA 02212-4539

Moberly Photography Inc.
1035 Bardstown Road
Louisville, KY 40204

Morgan & Pottinger, PLLC
601 West Main Street
Louisville, KY 40202

Morgan, Scott
90 Oak Ridge Drive
Haddonfield, NJ 08033

MPI Printing
137 West  Jefferson St
Louisville, KY 40202

Navigate
9462 Brownsboro Road
# 137
Louisville, KY

Neace Lukens
2305 River Road
Louisville, KY 40206

NeoCertified
6500 S, Quebec Street
Suite 300-5
Englewood, CO 80111

New York State Department of Health
C/O LCS&Z, LLP
33 Century Hill Drive
Latham, NY 12110

Next Healthx
DBA MEDICUS LABORATORIES
5710 LBJ Freeway, STE 300
Dallas, TX 75240

Next Level II
3280 Hwy 69, Ste 3
Hayesville, NC 28904

Nicolas-Bates
4501 Fern Valley Road
Louisville, KY 40219

Nimlok-Kentucky/Concept Displays Inc.
2505 Technology Drive
Louisville, KY 40299

Nucleus
Cotton & Allen
ATTN: Missy DeArk
Louisville, KY 40202

Nucleus Kentucky's Life Sciences
and Innovation Center, LLC
201 East Jefferson St., STE 315
Louisville, KY 40202

NYS Unemployment Insurance
PO Box 4301
Binghamton, NY 13902-4301

NYS Workers Compensation Board
Finance Office, Assessment Unit
328 State St. Rm 331
Schenectady, NY 12305

O'Neal, Wendell
2855 Patterson Farms Lane
Cincinnati, OH 45244

OEC
1136 W. Market Street
Louisville, KY 40203

Office of the U. S. Attorney
Western District of Kentucky
For: Internal Revenue Service
717 West Broadway
Louisville, KY 40202

Omega Engineering
One Omega Drive
P.O. Box 4047
Stamford, CT 06907-0047

Orchard Software Corp
701 Congressional Blvd., STE 360
Carmel, IN 46032

Oregon Employment Tax
PO Box 4395 Unit 02
Portland, OR 97208-4395

Patent & Trademark Bureau
1500 Market Street
12th Floor, East Tower
Philadelphia, PA 19102

PathWise
1411 North 910 East
American Fork, UT 84003

Patterson Pope
4914 Solution Center
Chicago, IL 60677

```
Paul, Elliot
401 Wimbelton Ct. # 7
Louisville, KY 40218

Pennsylvania Department of Health
Bureau of Laboratories
P.O. Box 500
Exton, PA 19341-0500

Personnel Concepts
PO Box 5750
Carol Stream, IL 60197-5750

Personnel Policy Service, INC.
PO Box 7697
Louisville, KY 40257

PGX Laboratories
201 E. Jefferson Street, Ste. 309
Louisville, KY 40202

PGXL Technologies, LLC
201 East Jefferson, STE 309
Lousiville, KY 40202

Pharmacogenetics Research Laboratory
Jamesetta Fergusson
RM 305 Medical Dental Apt.
Louisville, KY 40202

Physicians Primary Care
1804 East 10th Street
Jeffersonville, IN 47130

Pierce Biotechnology, Inc.
13750 Collections Center Dr.
Chicago, IL 60693

Pierce, Deanne
4714 Jan Lee Drive
New Albany, IN 47150

Plain Language Media, LLP
PO Box 509
New London, CT 06320

Platinum Code
8095 215th St. W
Lakeville, MN 55044

PM Med Sales-wire
2936 St. Joseph, STE M
Corpus Christie, TX 78414
```

PMCS
Attn: Accounting/Claim Recovery
9060 East Via Linda, Ste. 250
Scottsdale, AZ 85258

PMI - Premier Medical Innovations, LLC
STEPHEN PICKLESIMER
1806 Carmel Rd.
Greensboro, NC 27408

PNC
PO Box 94931
Cleveland, OH 44101-4931

PNC Equipment Finance, LLC
995 Dalton Ave
Cincinnati, OH 45203

Powervar
32806 Collection Center Dr.
Chicago, IL 60693-0328

Premier Genetics LLC - ACH
6800 Jericho Tpke Ste 201 W
Syosset, NY 11791-4488

Professional Communications Service, Inc
105 Poplar Street
Erie, PA

Progressive Business Compliance
PO Box 9014
Malvern, PA 19355-9790

Prozyme
3832 Bay Center Place
Hayward, CA 94545-3619

Prudential Life Insurance Company
PO Box 856138
Louisville, KY 40285

Qiagen, Inc.
PO Box 5132
Carol Stream, IL 60197-5132

Qorpak
1195 Washington Pike
Bridgeville, PA 15017

Quann, Mark
806 NE 224th Circle
Ridgefield, WA 98642

Quest Diagnostics
12436 Collections Center Dr.
Chicago, IL 60693-2436

Quill Corporation
PO Box 37600
Philadelphia, PA 19101

Radio Joe's
120 Webstar Street
Ste. 110
Louisville, KY 40206

Rainin
7500 Edgewater Drive
Oakland, CA 94621-3027

Rankin Biomedical
14515 Mackey Road
Holly, MI 48442

Reeves, Katherine
2024 River Ridge Ct.
Villa Hills, KY 41017

Remington, Tony
0 Old Penzance Rd.
Rockport, MA 01966

Republic Bank
ATTN: Loan Servicing
PO Box 70749
Louisville, KY 40270-0749

Republic Bank
ATTN: Loan Servicing department
PO Box 950119
louisville, KY 40295

Retirement Plan Resources
943 S. First Street
Louisville, KY 40203

Revelette, Damon
8327 Lakeshore Tr. E. Dr #812
Unit 0812
Indianapolis, IN 46250

Rheinhardt, Jeanette
117 Ridge Ln, Apt 110
Waltham, MA 02452

Ridgeway, Stephanie
579 Woodvine Avenue
Metairie, LA 70005

Right Management, Inc.
24677 Network Place
Chicago, IL 60673-1246

RMI
400 El Modena Ave.
Newport Beach, CA 92663

Robert Proulx
7835 Doug Hill
San Diego, CA 92127

Russ, Edmond
65 Treasure Lane
Riverwoods, IL 60015

Safeguard Business Systems
P O Box 88043
Chicago, IL 60680-1043

Samaritan Choice Plans
Claims Processing
PO Box 336
Corvallis, OR 97339

Schattauer
Postfach 10 45 43
70040 Stuttgart
Deutschland

SCM
7955 National Turnpike
Louisville, KY 40214

Scott Goodman
D. Brian Rattliff
Kruger & Schwartz
3339 Taylorsville Road
Louisville, KY 40205

Scott Laboratory Solutions
PO Box 52046
Knoxville, TN 37950

Semonin Realtors
600 N. Hurstbourne Pkwy.
Suite 200
Louisville, KY 40222

Shamrock
Shamrock Scientific
Specialty Systems, INC
Bellwood, IL 60104

Shred-it
Shred-it USA - Louisville
Dept 78946
Detroit, MI 48278-0946

Signarama
909 E. Market St., Ste. 400
Louisville, KY 40206

Silicon Biosystems
US Office and Laboratory
10355 Science Center Drive
San Diego, CA 92121

SimplexGrinnell
Dept. CH 10320
Palatine, IL 60055-0320

Simunic, Joan L.
4719 Grand Dell Dr.
Crestwood, KY 40014

Smart Sign
32 Court Street, Suite 2200
Brooklyn, NY 11201

Sookasa, Inc.
906 S. Claremont St.
San Mateo, CA 94402

Spangler, Shannon
209 Weston Court
Little Rock, AR 72211

Special Olympics Kentucky
PO Box 1867
Louisville, KY 40201-1867

Specialized Medicine, LLC
ALANA TURNER
806 NE 224th Circle
Ridgefield, WA 98642

Spindletop Draperies, Inc.
1064 Bardstown Rd.
Louisville, KY 40204

St. Joseph Hospital Research Center
ATTN: Rebecca S. Thomas, Manager
1401 Harrodsburg Rd., Ste. A440
Lexington, KY 40504

St. Pierre, Christopher
102 South Dr.
Fairhope, AL 36532

Standard Electric Co. Inc.
PO Box 43216
Louisville, KY 40253

Stat Lab
PO Box 678056
Dallas, TX 75267-8056

State Health Plan
PO Box 30048
Durham, NC 27702-3048

State of New Jersey
Division of Employer Accounts
PO Box 059
Tranton, NJ 08646-0059

State of New York - Disability Benefits
Workers Compensation Board
Accounts - DB Penalty
Schenectady, NY 12305-2318

Statefarm Insurance
Insurance Support Center
PO Box 588002
North Metro, GA 30029-8002

Stock Yards Bank & Trust Company
1040 East Main Street
Louisville, KY 40206

Stock Yards Bank - Loan Dept-AUTOPAY
PO Box 39511
Louisville, KY 40233

Stoll Keenon Ogdon
PO Box 11969
Lexington, KY 40579-1969

Stone Biotech
CHRISTOPHER RIDGEWAY
579 Woodvine Ave.
Metairie, LA 70005

Strategic Business
Strategic Business Communications
1979 Marcus Avenue, Suite 210
Lake Success, NY 11042

Strategic Medical. LLC
ATTN: Mike Jones
66 E. 70th Street
Indianapolis, IN 46220

Stuart Sheets, Inc.
PO Box 24220
Columbus, OH 43224

Sue Rowinski Group, LLC
3507 Hacienda Stree
Suite 150
San Mateo, CA 94403

SureGene, LLC
600 Envoy Circle, Suite 601
Louisville, KY 40299

Synter Resource Group, LLC
PO Box 63247
North Charleston, SC 29419-3247

System 1 Search of the Carolina's
3445 Pelham Rd., Ste C
Greenville, SC 29615

Systems Design Inc
234 East Main St.
Lexington, KY 40507

TASC
Client Invoices
PO Box 88278
Milwaukee, WI 53288-0001

Taylor, Jacqueline
4150 Scottsville Rd.
Floyds Knobs, IN 47199

Technology Investment Partners, L.L.C.
40950 Woodward Avenue, Suite 201
Bloomfield Hills, MI 48304

Tek-Pette
Pipette Calibration & Repair
3220 Cleveland Avenue
Columbus, OH 43224

Telcor
7101 A. St.,
Lincoln, NE 68510

tevixMD Corporation
6650 W. Indiantown Rd. # 210
Jupiter, FL 33458

The Gallery Collection
Prudent Publishing
PO Box 360
Ridgefield Park, NJ 07660-0360

The Leasing Group
PO Box 70749
Louisville, KY 40270

The PGXL Foundation, Inc.
201 EAST JEFFERSON STREET
SUITE 309
Louisville, KY 40202

The WHISK Group
2855 Patterson Farms Lane
Cincinnati, OH 45244-3870

Thermo Fisher Scientific
PO Box 842339
Dallas, TX 75284-2339

Thornton, Marshall
6305 Gayle Dr.
Louisville, KY 40219

TIP Capital
2232 Momentum Place
Chicago, IL 60689-5322

TIP Capital
Attn: Jennifer Charles Davis
40950 Woodward Avenue, Ste 201
Bloomfield Hills, MI 48304-5127

Treasurer, State of Ohio
PO Box 365
London, OH 43140

Tricare refunds
Tricare refunds
Attn: Tricare North Region
Surfside Beach, SC 29587-9753

Tricare West Region
Refunds
PO Box 100268
Columbia, SC 29202

Truven Health Analytics, Inc.
PO Box 95334
Chicago, IL 60694-5334

Two Smart Girls
9617 Dolphin Court
Louisville, KY 40299

Tyler Mountain Water Co., Inc.
PO Box 849
Mitro, WV 25143-0849

```
U of L - Research Foundation
University of Louisville
627 S. Preston St. RM 301
Louisville, KY 40292

U of L Foundation
c/o Michael Curtin
2301 South Third Street
Louisville, KY 40292

U of L Foundation (advanced services)
Advancment Services
University of Louisville
Louisville, KY 40208

U of L Real Estate Foundation, Inc. (Ren
Attn: Accounts Receivable
600 North Hurstbourne Parkway Ste 300
Louisville, KY 40222

ULF, Foundation, Inc.
c/o Univerity of Louisville
103 Grawemeyer Hall
Louisville, KY 40208

ULINE
ATTN: Accounts Receivable
2200 S. Lakeside Drive
Waukegan, IL 60085

United States Treasury
Department of the Treasury
Internal Revenue Service
Cincinnati, OH 45999-0099

unitedHealthcare Community
Johnson and Rountree Premium
P.O. Box 301599
Dallas, TX 75303-1599

UnitedHealthcare Medicare Solutions
Johnson and Rountree Premium
PO Box 301599
Dallas, TX 75303-1599

Univ of Louisville Foundation-Rent
Foundation Financial Affairs
215 Central Ave.
Louisville, KY 40208

Univ of Louisville PERMIT LICENSE
Office of Technology Transfer
ATTN: DIRECTOR
Louisville, KY 40202
```

Univ of Louisville-Office Technology Tra
Office of Technology Transfer
University of Louisville
Louisville, KY 40202

University of Louisiville - Registrar
Registrar's Office
Louisville, KY 40292

University of Louisiville Research Found
Dept of Pathology and Lab Medicine
627 S. Preston St. RM 301
Louisville, KY 40292

University of Louisiville, Inc.
c/o University of Louisville
102 Grawemeyer Hall
Louisville, KY 40207

University of Louisiville - linder e leav
Vickie S. Williams
Payroll Practitioner, Payroll Dept.
Louisville, KY 40208

University of Utah Health Care
ATTN: Enrique Gonzalez
General Internal Medicine
Salt Lake City, UT 84132

Unverferth, Cameron
2927 Grinstead Dr.
Louisville, KY 40206

UPS-PLANS
Lockbox 577
Carol Stream, IL 60132-0577

USA Scientific
Accounts Receivable
PO Box 30000
Orlando, FL 32891-8210

V-Soft Consulting Group, Inc.
2115 Stanley Gault Parkway, STE 200
Louisville, KY 40223

VA Louisville
VAMC (113)
800 Zorn Avenue
Louisville, KY 40206-1499

Valdes, Roland , Jr
1629 Connor Station Rd
Simpsonville, KY 40067

Van Winkle - Baten - Rimstidt
111 Monument Sircle, STE 302
Indianapolis, IN 46204

Veritas Health
790 Estate Dr.
Suite 250
Deerfield, IL 60015

Vest Advertising
3007 Sprowl Road
Louisville, KY 40299-3620

Vest, Kim
C/O PGXL Labs
201 E. Jefferson St. #309
Louisville, KY 40202

VIA Studio, INC.
223 S. Clay Street
Louisville, KY 40202

Visa
PO Box 4513
Carol Stream, IL 60197-4513

Vita Tech Inc
6935 Aliante Parkway
Suite 104-305
North Las Vegas, NV 89084

VWR International
P.O. Box 640169
Pittsburgh, PA 15264-0169

W. Nuhsbaum Inc
760 Ridgeview Drive
McHenry, IL 60050

Waller, Terri L
4241 Darbrook Road
Louisville, KY 40207

Walz, Jeff - Condo 202
8311 Croydon Cir.
Louisville, KY 40222

Washington G-2 Reports
Washington G-2 Reports
1 Phoenix Mill Lane, Fl. 3
Peterborough, NH 03458

Waters Corporation
Dept. CH 14373
Palatine, IL 60055-4373

Weaver, Joelle
932 Milford Lane
Louisville, KY 40207

Weber & Associates Public Relations
648 Balmoral Lane
Inverness, IL 60067

Weidenhammer, Elaine
3412 Utah Street
San Diego, CA 92104

Weitendorf, Frederick
3423 Lexington Rd.
Louisville, KY 40207

Weixler, Hillary
204 Breckinridge Square
Louisville, KY 40220

Welders Supply Company of Louisville Inc
335 Boxley Avenue
Louisville, KY 40209

Wells Fargo
PO Box 6434
Carol Stream, IL 60197-6434

Wells Fargo Financial Leasing
PO Box 10306
DesMoines, IA 50306-0306

Winston, Levert
5125 Garner Dr.
Davenport, IA 52806

Winters, Amanda
1225 S. Gear Ave., Ste. 251
West Burlington, IA 52655

Winters, Eric
100 Cannon Run
Canton, MS 39046

Work-A-Haulix, LLC
4100 Eastmoor Rd.
Louisville, KY 40218

WPS
PO Box 7928
Madison, WI 53707-7928

Wyatt, Tarrant & Combs, LLP
500 West Jefferson St., STE 2800
Louisville, KY 40202-2898

```
XBE, INC.
2119 Frankfort Avenue
Louisville, KY 40206

Zaring, Robert
9405 Delphinium St. Unit A
Prospect, KY 40059

Zirmed, Inc.
1311 Solutions Center
Chicago, IL 60677-1311
```

# United States Bankruptcy Court
## Western District of Kentucky

In re   **Pharmacogenetics Diagnostic Laboratory, LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Pharmacogenetics Diagnostic Laboratory, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**University of Louisville Foundation, Inc**
**ATTN: KATHLEEN SMITH**
**103 GRAWEMEYER HALL**
**UNIVERSITY OF LOUISVILLE**
**Louisville, KY 40292**

☐ None [*Check if applicable*]

**November  8, 2016**

Date

**/s/ Charity B. Neukomm**

**Charity B. Neukomm**

Signature of Attorney or Litigant
Counsel for   **Pharmacogenetics Diagnostic Laboratory, LLC**
**Kaplan & Partners LLP**
**710 West Main Street**
**Fourth Floor**
**Louisville, KY 40202**
**502-416-1630 Fax:502-540-8282**