**Fill in this information to identify the case:**

Debtor name **Pharmacogenetics Diagnostic Laboratory, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF KENTUCKY

Case number (if known) **16-33404**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 30, 2016**        X **/s/ Dr. Roland Valdes, Jr.**
                                                    Signature of individual signing on behalf of debtor

                                                    **Dr. Roland Valdes, Jr.**
                                                    Printed name

                                                    **President/CEO**
                                                    Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Pharmacogenetics Diagnostic Laboratory, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF KENTUCKY** |
| Case number (if known): | **16-33404** |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Advanced Business Solutions 2908 Brownsboro Rd. Ste. 206 Louisville, KY 40206** | | | | | | **$7,494.52** |
| **American Express P.O. Box 650448 Dallas, TX 75265-0448** | | | | | | **$10,137.63** |
| **Bingham Greenebaum Doll, LLP 3913 Solutions Center Chicago, IL 60677** | | | | | | **$60,136.89** |
| **Brown, Robert Business School, Bellarmine University 2001 Newburg Road Louisville, KY 40205** | | | | | | **$24,000.00** |
| **Carolina Container PO Drawer 2166 High Point, NC 27261** | | | | | | **$11,044.13** |
| **CGS Administrators LLC J15-Kentucky Part B Attn:  Overpayment Recovery Nashville, KY 37202-0018** | | | Disputed | | | **$26,333,173.00** |
| **Duplicator Sales and Service 831 E. Broadway Louisville, KY 40204** | | | | | | **$7,995.33** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Pharmacogenetics Diagnostic Laboratory, LLC | Case number *(if known)* | 16-33404 |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Epstein Becker Green Two Houston Center 909 Fannin, Suite 3838 Houston, TX 77010 | | | | | | $8,348.50 |
| Essential Molecular Testing Corporation D. Brian Rattliff Kruger & Schwartz 3339 Taylorsville Road Louisville, KY 40205 | | Disputed | | | | $1,944,130.93 |
| Fisher Scientific Attn: 964123-001 13551 Collections Center Dr. Chicago, IL 60693 | | | | | | $10,266.49 |
| Hamilton Robotics ATTN: Accounts Rec. PO Box 10030 Reno, NV 89520-0012 | | | | | | $20,769.68 |
| Jefferson County Sheriff's Office PO Box 34570 Louisville, KY 40232 | | | | | | $43,197.26 |
| Kentucky Department of Revenue 501 High Street Frankfort, KY 40601 | | | | | | Unknown |
| Life Technologies - Invitrogen Bank of America Lockbox Services 12088 Collections Center Dr. Chicago, IL 60693 | | | | | | $195,405.74 |
| Master Control, Inc. 6330 South 3000 East, Ste. 200 Salt Lake City, UT 84121 | | | | | | $13,990.45 |
| Mintz, Levin, Cohn, Ferris, Glovsky&Pope Popeo, P.C. PO Box 4539 Boston, MA 02212-4539 | | | | | | $155,365.36 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                                        Best Case Bankruptcy

| Debtor | **Pharmacogenetics Diagnostic Laboratory, LLC** | | Case number *(if known)* | **16-33404** |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **NYS Workers Compensation Board Finance Office, Assessment Unit 328 State St. Rm 331 Schenectady, NY 12305** | | | | | | **$11,500.00** |
| **Orchard Software 701 Congressional Blvd Ste 360 Carmel, IN 46032** | | | | | | **$9,290.92** |
| **Silicon Biosystems US Office and Laboratory 10355 Science Center Drive San Diego, CA 92121** | | | | | | **$145,000.00** |
| **Telcor, Inc. 7101 A St. Lincoln, NE 68510** | | | | | | **$70,850.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Pharmacogenetics Diagnostic Laboratory, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF KENTUCKY

Case number (if known) **16-33404**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                   12/15

| Part 1: | Summary of Assets |
|---------|-------------------|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*................................................................................ $       **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................ $     **2,536,150.20**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................................. $     **2,536,150.20**

| Part 2: | Summary of Liabilities |
|---------|------------------------|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     **3,014,880.78**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $     **63,502.02**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$     **29,355,158.37**

4. **Total liabilities** ....................................................................................
   Lines 2 + 3a + 3b      $     **32,433,541.17**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Pharmacogenetics Diagnostic Laboratory, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF KENTUCKY

Case number (if known) **16-33404**

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **PNC Bank** | **Corporate Business Checking Account** | 0358 | $9,033.40 |
| 3.2. | **PNC Bank** | **Corporate Business Lockbox Account** | 0331 | $729.94 |
| 3.3. | **Stock Yards Bank & Trust Co.** | **Business Checking** | 4674 | $16,113.22 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $25,876.56 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1. | **Security deposit** | $5,486.25 |
| --- | --- | --- |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor __**Pharmacogenetics Diagnostic Laboratory, LLC**__     Case number *(If known)* **16-33404**
Name

| 7.2. | **Prepaid dues** | **$804.75** |
|---|---|---|
| 7.3. | **Prepaid service agreements** | **$25,586.50** |
| 7.4. | **Prepaid CAP lease maintenance** | **$9,683.72** |

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.     **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.      | **$41,561.22**

| Part 3: | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**

  ☐ No.  Go to Part 4.
  ☑ Yes Fill in the information below.

11.     **Accounts receivable**

    11a. 90 days old or less:      **135,455.00**  -  **0.00** = ....      **$135,455.00**
                   face amount      doubtful or uncollectible accounts

    11b. Over 90 days old:      **3,260.00**  -  **3,260.00** =....      **$0.00**
                 face amount      doubtful or uncollectible accounts

12.     **Total of Part 3.**

    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.      | **$135,455.00**

| Part 4: | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

  ☑ No.  Go to Part 5.
  ☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

  ☐ No.  Go to Part 6.
  ☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.     **Raw materials**

20.     **Work in progress**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Pharmacogenetics Diagnostic Laboratory, LLC**                    Case number *(If known)*  **16-33404**
          Name

| | | | | |
|---|---|---|---|---|
| 21. | **Finished goods, including goods held for resale** | | | |
| 22. | **Other inventory or supplies** | | | |
| | Lab inventory | 11/08/2016 | $115,000.00 | N/A | $115,000.00 |

| | | |
|---|---|---|
| 23. | **Total of Part 5.** | **$115,000.00** |
| | Add lines 19 through 22.  Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| | Display for presentations (purchase price) | $0.00 | N/A | $3,360.00 |
| | Display for presentations (purchase price) | $0.00 | N/A | $7,191.57 |
| | Full Graphic Wrap and Chairs (purcahse price) | $0.00 | | $704.73 |
| | Office environment company- office remodeled (purchase price) | $0.00 | | $16,126.50 |
| | Best Buy TV (purchase price) | $0.00 | | $1,634.35 |
| | OEC- 3 cubicles (purchase price) | $0.00 | | $5,651.00 |
| | OEC- 3 cubicles (purchase price) | $0.00 | | $5,651.44 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Pharmacogenetics Diagnostic Laboratory, LLC**                    Case number *(If known)*  **16-33404**
_____
Name

| | | |
|---|---|---|
| **OEC- 4 cubicles with desk, chairs (purchase price)** | $0.00 | $13,682.18 |
| **OEC Locker Box (purchase price)** | $0.00 | $1,175.20 |
| **Wells Fargo Copier (lease 2795)  (purchase price)** | $0.00 | $5,432.54 |
| **OEC Project 11197 (purchase price)** | $0.00 | $81,454.68 |
| **Knight Audio- Video room and digital storage (purchase price)** | $0.00 | $18,275.00 |
| **OEC Project 11252 (purchase price)** | $0.00 | $10,778.95 |
| **OEC Project 11296 (purchase price)** | $0.00 | $4,173.03 |
| **E Leet Stone Countertops (purchase price)** | $0.00 | $2,343.00 |
| **OEC Project 11535 (purchase price)** | $0.00 | $2,870.48 |
| **OEC Project 11373 (purchase price)** | $0.00 | $11,032.48 |
| **OEC Project 11438 (purchase price)** | $0.00 | $6,162.55 |
| **OEC Project 11586 (purchase price)** | $0.00 | $1,079.15 |
| **OEC Project 11224 (purchase price)** | $0.00 | $8,458.80 |

| | | | |
|---|---|---|---|
| 40. | **Office fixtures** | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | |
| | **2 Notebook computers (purchase price)** | $0.00 | $3,770.53 |
| | **Computer (purchase price)** | $0.00 | $1,444.73 |
| | **Laptop computer (purchase price)** | $0.00 | $1,230.25 |
| | **Dell Computer (purchase price)** | $0.00 | $3,265.89 |
| | **2 13 inch Mac Workbooks (purchase price)** | $0.00 | $1,651.43 |
| | **Best Buy laptop computer (purchase price)** | $0.00 | $1,801.29 |

Debtor    **Pharmacogenetics Diagnostic Laboratory, LLC**    Case number *(If known)* **16-33404**
         Name

| | | |
|---|---|---|
| **2 Apple MacBooks VISA-MASLOWSKI (purchase price)** | $0.00 | $4,549.12 |
| **3 Dell OptiPlex 7010 w/ P1913S 19" monitor (purchase price)** | $0.00 | $3,390.05 |
| **2 Dell Computers (purchase price)** | $0.00 | $2,034.24 |
| **Apple MacBook VISA-MASLOWSKI (purchase price)** | $0.00 | $1,225.34 |
| **Dell OptiPlex 7010 w/ P1913S 19" Monitor (purchase price)** | $0.00 | $1,130.02 |
| **Dell OptiPlex 7010 w/ P1913S 19" Monitor (purchase price)** | $0.00 | $1,130.02 |
| **Amazon - VISA MASL (purchase price)** | $0.00 | $1,255.29 |
| **Dell OptiPlex 7010 w/ P1913S 19" Monitor (purchase price)** | $0.00 | $1,146.70 |
| **Dell Latitude E6330 w/ P2012H 20" Monitor (purchase price)** | $0.00 | $1,552.84 |
| **Amazon MacBook Pro 13.3" laptop with accessories (purchase price)** | $0.00 | $2,148.18 |
| **Dell Precision T3600 (purchase price)** | $0.00 | $2,172.21 |
| **Dell OptiPlex 7010 w/ P1913S 19" Monitor (purchase price)** | $0.00 | $2,270.10 |
| **2 Dell Latitudes w/ 22" Monitor (purchase price)** | $0.00 | $2,037.38 |
| **2 Dell Optiplexes 7010 (purchase price)** | $0.00 | $2,269.19 |
| **Dell OptiPlex 7010 Ultra Small Form Factor EPA Base 3rd Gen Intel Core i3-3220 Processor (Dual Core, 3.30 GHz, 3MB, w/HD2500 Graphics) Dell Optiflex 7010 (purchase price)** | $0.00 | $1,005.94 |
| **Dell OptiPlex 7010 Ultra Small Form Factor EPA Base 3rd Gen Intel Core i3-3220 Processor (Dual Core, 3.30 GHz, 3MB, w/HD2500 Graphics) Dell Optiflex 7010 (purchase price)** | $0.00 | $1,005.94 |

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 5

| Debtor | **Pharmacogenetics Diagnostic Laboratory, LLC** | Case number *(If known)* **16-33404** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **Dell OptiPlex 7010 Ultra Small Form Factor EPA Base 3rd Gen Intel Core i3-3220 Processor (Dual Core, 3.30 GHz, 3MB, w/HD2500 Graphics) Dell Optiflex 7010 (purchase price)** | $0.00 | $1,005.94 |
| **Dell OptiPlex 7010 Ultra Small Form Factor EPA Base 3rd Gen Intel Core i3-3220 Processor (Dual Core, 3.30 GHz, 3MB, w/HD2500 Graphics) Dell Optiflex 7010 (purchase price)** | $0.00 | $1,005.94 |
| **Lenovo ThinkPad (purchase price)** | $0.00 | $1,546.29 |
| **Lenovo ThinkPad (purchase price)** | $0.00 | $1,066.19 |
| **Lenovo ThinkPad (purchase price)** | $0.00 | $1,066.19 |
| **Apple MacBook Pro (purchase price)** | $0.00 | $1,270.94 |
| **Lenovo ThinkPad (purchase price)** | $0.00 | $1,094.17 |
| **OptiPlex 9020 Ultra Small Form Factor HF SYSTEM SERVICE TAG (purchase price)** | $0.00 | $1,014.32 |
| **2797 Dell Capital Lease equipment (purchase price)** | $0.00 | $48,484.80 |
| **Transcriptiongear-Dragon Medical Practice Edition 2, with wireless headset (purchase price)** | $0.00 | $1,749.00 |
| **CustomBytes - PowerEdge 2900, Quad Xeon, 8GB, 750GB, Windows 8 (purchase price)** | $0.00 | $1,164.94 |
| **Advanced Business Solutions-Cisco ASA 5512 Security Plus Bundle, Secure Network & Network AD Domain, Drobo B800i 8-bay iSCSI storage array and rack mount (purchase price)** | $0.00 | $11,109.20 |
| **Lenovo ThinkPad T440s (purchase price)** | $0.00 | $1,710.88 |
| **Lenovo Laptop (purchase price)** | $0.00 | $1,323.93 |
| **ORCHARD LIS SOFTWARE (purchase price)** | $0.00 | $249,772.90 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Pharmacogenetics Diagnostic Laboratory, LLC** | | Case number *(If known)* **16-33404** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **2799 Dell Capital Lease equipment (purchase price)** | $0.00 | $5,148.87 |
| **MacBook Air 13.3 for Linder (purchase price)** | $0.00 | $1,400.94 |
| **Office Equipment for Lab (purchase price)** | $0.00 | $2,275.00 |
| **Office Equipment for Lab (purchase price)** | $0.00 | $1,044.58 |
| **Office Equipment for Lab (purchase price)** | $0.00 | $1,262.49 |
| **Computer (purchase price)** | $0.00 | $1,675.81 |
| **Computer (purchase price)** | $0.00 | $4,167.19 |
| **Computer (purchase price)** | $0.00 | $1,047.29 |
| **Computer (purchase price)** | $0.00 | $1,909.06 |
| **Computer (purchase price)** | $0.00 | $1,033.51 |
| **Computer (purchase price)** | $0.00 | $1,027.97 |
| **Computer (purchase price)** | $0.00 | $1,654.08 |
| **Computer (purchase price)** | $0.00 | $1,009.13 |
| **'Dell OptiPlex 7010 Ultra Small Form Factor EPA Base 3rd Gen Intel Core i3-3220 Processor (Dual Core, 3.30 GHz, 3MB, w/HD2500 Graphics) Dell Optiflex 7010 (purchase price)** | $0.00 | $3,623.69 |
| **HP Pavillion Laptop 17.3 (purchase price)** | $0.00 | $1,039.95 |
| **Dell Precision T1650 (purchase price)** | $0.00 | $1,372.95 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.

    | $605,802.45 |
    |---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ■ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Pharmacogenetics Diagnostic Laboratory, LLC** | Case number *(If known)* **16-33404** |
|---|---|---|
| | Name | |

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| **Hamilton Star 1- Lab Instrument (purchase<br>price)** | $0.00 | N/A | $310,000.00 |
| **Hamilton Star 2- Lab Instrument (purchase<br>price)** | $0.00 | N/A | $336,000.00 |
| **Hamilton Starlet- Lab Instrument (purchase<br>price)** | $0.00 | N/A | $185,000.00 |
| **4 Eppendorf mastercycler gradient<br>thermocyclers and controller (purchase price)** | $0.00 | N/A | $24,000.00 |
| **2 Eppendorf EP gradient thermocyclers** | $0.00 | N/A | $8,000.00 |
| **Eppendorf refridgerated centrifuge 5810R** | $0.00 | N/A | $12,500.00 |
| **Hamilton Nimbus- Lab instrument** | $0.00 | Liquidation | $35,000.00 |
| **2 - ABI 7500 Fast real time thermocyclers<br>(purchase price)** | $0.00 | N/A | $12,000.00 |
| **3 Life Tech Quant Studio 12-K flex instruments<br>(purchase price)** | $0.00 | N/A | $348,000.00 |
| **2 Life Tech Viia7 thermocyclers (purchase<br>price)** | $0.00 | N/A | $130,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor  **Pharmacogenetics Diagnostic Laboratory, LLC**          Case number *(If known)*  **16-33404**
Name

| | | | |
|---|---|---|---|
| 2 Life Tech Accufills | $0.00 | Liquidation | $6,000.00 |
| ThermoFisher eGel system (purchase price) | $0.00 | N/A | $9,328.00 |
| 2 Incubators | $0.00 | Comparable sale | $1,123.00 |
| Vortex Genei, Troemer, MidSci Lab Doctor, & Thermolyne Vortexes | $0.00 | Comparable sale | $2,900.00 |
| 1 Nanodrop (purchase price) | $0.00 | | $10,000.00 |
| Qiagen EZ1 #1 (purchase price) | $0.00 | N/A | $30,000.00 |
| 24 tube capacity Lanet Spectrafuge (purchase price) | $0.00 | N/A | $1,000.00 |
| USA Scientific Minifuge (quick spin), (purchase price) | $0.00 | N/A | $1,357.00 |
| 4 VWR plate spinners (purchase price) | $0.00 | N/A | $2,612.00 |
| Cole-Parmer Sonicating Waterbath (purchase price) | $0.00 | N/A | $276.00 |
| 2 ThermoFisher heat blocks (purchase price) | $0.00 | N/A | $746.00 |
| VisionMate matric plate reader | $0.00 | Comparable sale | $5,000.00 |
| Matrix plate supersealer and mat | $0.00 | | Unknown |
| 2 Thermo minus 70C freezer and 1 FormaScientific minue 70C freezer | $0.00 | Comparable sale | $51,000.00 |
| 2 Thermo minus 70C freezers, lab quality | $0.00 | Comparable sale | $14,000.00 |
| (1) minus 20C freezer, regular quality (purchase price) | $0.00 | N/A | $600.00 |
| FisherScientific Isotemp 4C fridge, lab quality (purchase price) | $0.00 | N/A | $6,000.00 |
| FisherScientific 4C under-counter fridge, lab quality (purchase price) | $0.00 | N/A | $3,400.00 |
| Side by Side Fridge (purchase price) | $0.00 | N/A | $1,200.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor  **Pharmacogenetics Diagnostic Laboratory, LLC**                     Case number *(If known)* **16-33404**
Name

| | | | |
|---|---|---|---|
| 8 UPSs (purchase price) | $0.00 | N/A | $28,000.00 |
| 3 dead-air boxes | $0.00 | Comparable sale | $1,800.00 |
| Omega Pipettor Plus (large volume pipettor), (purchase price) | $0.00 | N/A | $365.00 |
| 6 Eppendorf Stream pipettors (purchase price) | $0.00 | N/A | $7,200.00 |
| 47 Eppendorf regular micro pipettors (purchase price) | $0.00 | N/A | $13,630.00 |
| 11 Rainin multichannel pipets (purchase price) | $0.00 | N/A | $11,000.00 |

51.  **Total of Part 8.**                                                                                    | $1,609,037.00 |
Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property  Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. |  |  |  |  |
| Nucleus lab build-out | Leasehold | $255,641.87 |  | Unknown |

56.  **Total of Part 9.**                                                                                    | $0.00 |
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Pharmacogenetics Diagnostic Laboratory, LLC** | Case number *(if known)* **16-33404** |
|---|---|---|
| | Name | |

**58.**  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**  **Patents, copyrights, trademarks, and trade secrets** **United States Patent 8,380,539** **Invented by Dr. Linder and Dr. Valdes,** **assigned to University of Louisville Research Foundation, Inc.** | Unknown | | Unknown |
| **61.**  **Internet domain names and websites** **pgxlab.com** | Unknown | | Unknown |
| **62.**  **Licenses, franchises, and royalties** **License** | Unknown | | Unknown |
| **Right of first refusal to license, sub-license and/or acquire the following intellectual property from PGXL Technologies, LLC:** **1. US 8999658 issued patent (UL license)- Urocortin 3- Sleep apnea detection** **2. US 62050750 pending patent- Urocortin 3B- Sleep apnea detection** **3. US 62/112362 pending patent- Cell-Rich- cell enrichment for isolating circulating tumor cells** **4. CTC-isoTech- proprietary platform for isolating and analysing circulating tumor cells** | $0.00 | | Unknown |
| **63.**  **Customer lists, mailing lists, or other compilations** | | | |
| **64.**  **Other intangibles, or intellectual property** **Debtor's DBAs** | Unknown | | Unknown |
| **65.**  **Goodwill** | | | |

**66.**  **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | $0.00 |
|---|---|

**67.**  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

☑ No

☐ Yes

**68.**  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

| Debtor | **Pharmacogenetics Diagnostic Laboratory, LLC** | Case number *(if known)* **16-33404** |
| --- | --- | --- |
| | Name | |

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  |  |  |  | Current value of debtor's interest |
| --- | --- | --- | --- | --- | --- |
| 71. | **Notes receivable**<br>Description (include name of obligor)<br>**Receivable from The PGXL**<br>**Foundation, Inc.** | 3,417.97<br>Total face amount | − | 0.00<br>doubtful or uncollectible amount | = | **$3,417.97** |

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

| **Insurance policies** | **Unknown** |
| --- | --- |
| **Acuity Insurance Bis-Pak**<br>**Includes Workers' Compensation, liability, products,**<br>**and general** | **Unknown** |
| **Evanston Insurance Company**<br>**Data Breach and Privacy Liability** | **Unknown** |
| **Scottsdale Insurance**<br>**Directors and Officers and Employment Practices** | **Unknown** |
| **Evanston Insurance Company**<br>**Professional Liability** | **Unknown** |
| **Kentucky Employers Mutual Insurance**<br>**Workers' Compensation** | **Unknown** |
| **Federal Insurance Company**<br>**Travel Accident Insurance** | **Unknown** |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

Debtor    **Pharmacogenetics Diagnostic Laboratory, LLC**                Case number *(If known)*  **16-33404**
          Name

| **All unasserted claims** | | **Unknown** |
|---|---|---|
| Nature of claim | **Unknown** | |
| Amount requested | **$0.00** | |

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**

       Add lines 71 through 77. Copy the total to line 90.

       | **$3,417.97** |
       |---|

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    **Pharmacogenetics Diagnostic Laboratory, LLC**
Name

Case number *(If known)* **16-33404**

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $25,876.56 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $41,561.22 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $135,455.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $115,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $605,802.45 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,609,037.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $3,417.97 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,536,150.20 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,536,150.20 |

**Fill in this information to identify the case:**

Debtor name  **Pharmacogenetics Diagnostic Laboratory, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF KENTUCKY

Case number (if known)  **16-33404**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Commonwealth of Kentucky**<br>Creditor's Name<br>**Division of Unemployment Insurance**<br>**P.O. Box 948**<br>**Frankfort, KY 40602-6835**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Lien Book 1614, Page 107** | Unknown | Unknown |

Creditor's email address, if known

**Describe the lien**
**Tax Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | |
|---|---|---|---|
| **2.2** **Dell Financial Services**<br>Creditor's Name<br>**Attn: Probate**<br>**One Dell Way**<br>**Mail Stop RR2DF-37**<br>**Round Rock, TX 78682**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Claimed in UCC file number 2013-2672434-84: computer equipment described in the Master Lease Agreement between the Debtor and Dell Financial Services L.L.C.** | Unknown | Unknown |

Creditor's email address, if known

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
**0500,501,502**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Pharmacogenetics Diagnostic Laboratory, LLC** | Case number (if know) | **16-33404** |
| --- | --- | --- | --- |
| | Name | | |

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Marlin Business Bank** | | | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- | --- |

Creditor's Name

**2795 E Cottonwood Pkwy Ste 120**
**Salt Lake City, UT 84121**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**

**Claimed in UCC file number 2012-2592914-77: various equipment relating to a Nimbus 4 system, with the Debtor as lessee and Marlin National Bank as lessor**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **MB Financial Bank, N.A.** | | | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- | --- |

Creditor's Name

**6111 North River Road, 9th Floor**
**Rosemont, IL 60018**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**

**As claimed in UCC file number 2012-2592179-60: equipment related to the Schedule LTR001 to Master Equipment Lease Agreement dated July 20, 2012, between the Debtor, as lessee, and Technology Investment Partners, L.L.C., as lessor**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **MB Financial Bank, N.A.** | | | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- | --- |

**Describe debtor's property that is subject to a lien**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Pharmacogenetics Diagnostic Laboratory, LLC** | Case number (if known) | **16-33404** |
|---|---|---|---|
| | Name | | |

Creditor's Name

**Claimed in UCC file number 2012-2614462-80:
equipment for Schedule No. LTR002 dated
December 10, 2012, to Master Equipment
Lease Agreement dated July 20, 2012,
between the Debtor as lessee and
Technology Investment Partners, LLC as
lessor**

**6111 North River Road, 9th
Floor
Rosemont, IL 60018**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **MB Financial Bank, N.A.** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Claimed in UCC file number 2013-2625193-74:
equipment relating to Schedule No. LTR003,
to Master Equipment Lease Agreement dated
July 20, 2012, between the Debtor as lessee
and Technology Investment Partners, L.L.C.,
as lessor**

**6111 North River Road, 9th
Floor
Rosemont, IL 60018**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **PNC Equipment Finance,
LLC** | **Describe debtor's property that is subject to a lien** | **$23,791.08** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Claimed in UCC file number 2013-2658894-48:
certain equipment on Exhibit A to Security
Agreement dated July 3, 2013 in connection
with Term Note dated July 3, 2013 for loan
#175276000**

**995 Dalton Ave
Cincinnati, OH 45203**

Creditor's mailing address

**Describe the lien**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor **Pharmacogenetics Diagnostic Laboratory, LLC**
Name

Case number (if know)    **16-33404**

---

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **PNC Equipment Finance, LLC** |
|---|---|

Creditor's Name

**995 Dalton Ave Cincinnati, OH 45203**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Claimed in UCC file number 2014-2689586-81: 1 M02518. Miseq System (scanner) for loan #180596001

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| Unknown | Unknown |
|---|---|

---

| 2.9 | **Stock Yards Bank & Trust Company** |
|---|---|

Creditor's Name

**1040 East Main Street Louisville, KY 40206**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Claimed in UCC file number 2015-2749107-98: substantially all personal property

**Describe the lien**
**Non-Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| $2,991,089.70 | Unknown |
|---|---|

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 4 of 5

| Debtor | **Pharmacogenetics Diagnostic Laboratory, LLC** | Case number (if know) | **16-33404** |
|---|---|---|---|
| | Name | | |

| 2.1<br>0 | **Technology Investment Partners, L.L.C.** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **As claimed in UCC file number 2012-2605607-41: equipment for Schedule No. LTR002 dated October 15, 2012, to Master Equipment Lease Agreement dated July 20, 2012, between the Debtor, as lessee, and Technology Investment Partners, L.L.C.** | | |

**40950 Woodward Avenue, Suite 201**
**Bloomfield Hills, MI 48304**

Creditor's mailing address

**Describe the lien**

_____

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$3,014,880.78** |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Pharmacogenetics Diagnostic Laboratory, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY

Case number (if known)    **16-33404**

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Education & Workforce<br>Development Cab.<br>275 East Main Street<br>Frankfort, KY 40601** | **Unknown** | **Unknown** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Unemployment taxes**

Is the claim subject to offset?
■ No
☐ Yes

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346** | **Unknown** | **Unknown** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      53128      Best Case Bankruptcy

| Debtor | **Pharmacogenetics Diagnostic Laboratory, LLC** | | Case number (if known) | **16-33404** |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $43,197.26 | $0.00 |
|---|---|---|---|---|
| | **Jefferson County Sheriff's Office**<br>**PO Box 34570**<br>**Louisville, KY 40232** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $8,190.00 | Unknown |
|---|---|---|---|---|
| | **Kentucky Department of Revenue**<br>**501 High Street**<br>**Frankfort, KY 40601** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Louisville Metro Revenue**<br>**Commission**<br>**617 W. Jefferson Street**<br>**Louisville, KY 40202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $614.76 | $0.00 |
|---|---|---|---|---|
| | **New York State Department of**<br>**Health**<br>**C/O LCS&Z, LLP**<br>**33 Century Hill Drive**<br>**Latham, NY 12110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Pharmacogenetics Diagnostic Laboratory, LLC** | Case number *(if known)* | **16-33404** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,500.00 | $0.00 |
|---|---|---|---|---|
| | **NYS Workers Compensation Board** **Finance Office, Assessment Unit** **328 State St. Rm 331** **Schenectady, NY 12305** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

---

**Part 2:      List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $324.32 |
|---|---|---|---|
| | **Acuity - Property insurance** **2800 S. Taylor Drive** **P.O. Box 718** **Sheboygan, WI 53081** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,494.52 |
|---|---|---|---|
| | **Advanced Business Solutions** **2908 Brownsboro Rd. Ste. 206** **Louisville, KY 40206** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,137.63 |
|---|---|---|---|
| | **American Express** **P.O. Box 650448** **Dallas, TX 75265-0448** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,414.45 |
|---|---|---|---|
| | **AnythingGroes** **PO Box 305** **Buckner, KY 40010** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90.60 |
|---|---|---|---|
| | **Bee Line Courier Services, Inc** **P.O. Box 32186** **Louisville, KY 40232** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Pharmacogenetics Diagnostic Laboratory, LLC** | Case number (*if known*) | **16-33404** |
|---|---|---|---|
| | Name | | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $60,136.89 |
|---|---|---|---|
| | **Bingham Greenebaum Doll, LLP** | ☐ Contingent | |
| | **3913 Solutions Center** | ☐ Unliquidated | |
| | **Chicago, IL 60677** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $265.00 |
|---|---|---|---|
| | **BioTek** | ☐ Contingent | |
| | **Highland Park PO Box 998** | ☐ Unliquidated | |
| | **Winooski, VT 05404-0998** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,891.40 |
|---|---|---|---|
| | **Bluegrass Credentialing & Consulting, LL** | ☐ Contingent | |
| | **121 South Highland St.** | ☐ Unliquidated | |
| | **Winchester, KY 40391** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $164.00 |
|---|---|---|---|
| | **BMS** | ☐ Contingent | |
| | **PO Box 43653** | ☐ Unliquidated | |
| | **Louisville, KY 40253-0653** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $24,000.00 |
|---|---|---|---|
| | **Brown, Robert** | ☐ Contingent | |
| | **Business School, Bellarmine University** | ☐ Unliquidated | |
| | **2001 Newburg Road** | ☐ Disputed | |
| | **Louisville, KY 40205** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11,044.13 |
|---|---|---|---|
| | **Carolina Container** | ☐ Contingent | |
| | **PO Drawer 2166** | ☐ Unliquidated | |
| | **High Point, NC 27261** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $26,333,173.00 |
|---|---|---|---|
| | **CGS Administrators LLC** | ☐ Contingent | |
| | **J15-Kentucky Part B** | ☐ Unliquidated | |
| | **Attn:  Overpayment Recovery** | ■ Disputed | |
| | **Nashville, KY 37202-0018** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Pharmacogenetics Diagnostic Laboratory, LLC** | Case number (if known) | **16-33404** |
|---|---|---|---|
| | Name | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$466.00** |
|---|---|---|---|

**Citrix Online, LLC**
**File 50264**
**Los Angeles, CA 90074-0264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,303.80** |
|---|---|---|---|

**Clark and Riggs Printing, Inc.**
**1705 West Jefferson St.**
**Louisville, KY 40203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,835.00** |
|---|---|---|---|

**Copyright Clearance Center**
**PO Box**
**843006**
**Boston, MA 02284-3006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$256.00** |
|---|---|---|---|

**Darob, Inc.**
**PO BOX 99085**
**1801 Research Drive**
**Louisville, KY 40269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30.00** |
|---|---|---|---|

**DNA Core**
**University of Louisville**
**Baxter II, R. 226**
**Louisville, KY 45202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$180.00** |
|---|---|---|---|

**Docu Confidential**
**4100 Eastmoor Rd.**
**Louisville, KY 40218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,995.33** |
|---|---|---|---|

**Duplicator Sales and Service**
**831 E. Broadway**
**Louisville, KY 40204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Pharmacogenetics Diagnostic Laboratory, LLC**                Case number *(if known)*  **16-33404**
        Name

---

**3.20** | Nonpriority creditor's name and mailing address | | $5,758.38

**Eppendorf**
**P.O. Box 13275**
**Newark, NJ 07101-3275**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | | $8,348.50

**Epstein Becker Green**
**Two Houston Center**
**909 Fannin, Suite 3838**
**Houston, TX 77010**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | | $995.00

**EscrowTech International, Inc.**
**Technology Law Center**
**3290 West Mayflower Way**
**Lehi, UT 84043**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | | $0.00

**Essential Molecular Testing Corp.**
**19195 Mystic Pointe Dr.**
**Tower 100, Unit 2402**
**Aventura, FL 33180**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | | $1,944,130.93

**Essential Molecular Testing Corporation**
**D. Brian Rattliff**
**Kruger & Schwartz**
**3339 Taylorsville Road**
**Louisville, KY 40205**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | | $90.00

**Eventboard**
**Attention:  Accounting**
**224 South 200 West, STE 100**
**Salt Lake City, UT 84101**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | | $427.00

**Evergreen Environmental**
**100 South 1st. Street**
**Shelbyville, KY 40065**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Pharmacogenetics Diagnostic Laboratory, LLC** | Case number (if known) | **16-33404** |
|---|---|---|---|
| | Name | | |

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00**

**Excellent Projects**
4024 Springhll Rd,
Louisville, KY 40207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$39.38**

**FedEx**
PO Box 371461
Pittsburgh, PA 15250-7461

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,266.49**

**Fisher Scientific**
Attn: 964123-001
13551 Collections Center Dr.
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,634.55**

**GBC**
145 Bradford Dr
West Berlin, NJ 08091

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,769.68**

**Hamilton Robotics**
ATTN: Accounts Rec.
PO Box 10030
Reno, NV 89520-0012

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$299.46**

**Highmark Blue Shield**
Cashier
P.O. Box 890150
Camp Hill, PA 17011-9774

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$300.00**

**Innovise Creative Group**
304 W. Liberty Street
Suite 1M
Louisville, KY 40202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Pharmacogenetics Diagnostic Laboratory, LLC** | Case number (if known) | **16-33404** |
|---|---|---|---|
| | Name | | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $263.73 |
|---|---|---|---|

**Integrated DNA**
**25104 Network Place**
**Chicago, IL 60673-1251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195,405.74 |
|---|---|---|---|

**Life Technologies - Invitrogen**
**Bank of America Lockbox Services**
**12088 Collections Center Dr.**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,885.00 |
|---|---|---|---|

**Linder, Mark-E.**
**5124 Oaklawn Park Dr.**
**Louisville, KY 40299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $306.28 |
|---|---|---|---|

**Logan's**
**P.O. Box 643958**
**Cincinnati, OH 45264-3958**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,114.00 |
|---|---|---|---|

**Luminex Corporation**
**PO Box 915207**
**Dallas, TX 75391-5207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $260.00 |
|---|---|---|---|

**Mass Mutual**
**Law Department**
**1295 State Street**
**Springfield, MA 00111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,990.45 |
|---|---|---|---|

**Master Control, Inc.**
**6330 South 3000 East, Ste. 200**
**Salt Lake City, UT 84121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Pharmacogenetics Diagnostic Laboratory, LLC** | Case number *(if known)* | **16-33404** |
| --- | --- | --- | --- |

| | | Name | | |

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$655.81** |
| --- | --- | --- | --- |
| | **MIDSCI**<br>**P.O. Box 11750**<br>**St. Louis, MO 63105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,897.46** |
| --- | --- | --- | --- |
| | **Midwest Premium Finance**<br>**24722 Network Place**<br>**Chicago, IL 60673-1247** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$155,365.36** |
| --- | --- | --- | --- |
| | **Mintz, Levin, Cohn, Ferris, Glovsky&Pope**<br>**Popeo, P.C.**<br>**PO Box 4539**<br>**Boston, MA 02212-4539** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
| --- | --- | --- | --- |
| | **O'Neal, Wendell**<br>**2855 Patterson Farms Lane**<br>**Cincinnati, OH 45244** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,290.92** |
| --- | --- | --- | --- |
| | **Orchard Software**<br>**701 Congressional Blvd**<br>**Ste 360**<br>**Carmel, IN 46032** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,650.00** |
| --- | --- | --- | --- |
| | **Patent & Trademark Bureau**<br>**1500 Market Street**<br>**12th Floor, East Tower**<br>**Philadelphia, PA 19102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$276.32** |
| --- | --- | --- | --- |
| | **Professional Communications Service, Inc**<br>**105 Poplar Street**<br>**Erie, PA 16507** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Pharmacogenetics Diagnostic Laboratory, LLC** | Case number (if known) | 16-33404 |
|---|---|---|---|
| | Name | | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $540.06 |
|---|---|---|---|

**Retirement Plan Resources**
943 S. First Street
Louisville, KY 40203

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $734.69 |
|---|---|---|---|

**Signarama**
909 E. Market St., Ste. 400
Louisville, KY 40206

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $145,000.00 |
|---|---|---|---|

**Silicon Biosystems**
**US Office and Laboratory**
10355 Science Center Drive
San Diego, CA 92121

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $248.54 |
|---|---|---|---|

**SimplexGrinnell**
Dept. CH 10320
Palatine, IL 60055-0320

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,781.00 |
|---|---|---|---|

**Tek-Pette**
**Pipette Calibration & Repair**
3220 Cleveland Avenue
Columbus, OH 43224

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,850.00 |
|---|---|---|---|

**Telcor, Inc.**
7101 A St.
Lincoln, NE 68510

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |
|---|---|---|---|

**tevixMD Corporation**
6650 W. Indiantown Rd. # 210
Jupiter, FL 33458

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Pharmacogenetics Diagnostic Laboratory, LLC** | Case number *(if known)* | **16-33404** |
|---|---|---|---|
| | Name | | |

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,750.69** |
|---|---|---|---|

**Tyler Mountain Water Co., Inc.**
**PO Box 849**
**Mitro, WV 25143-0849**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$74,414.38** |
|---|---|---|---|

**U of L Foundation**
**c/o Michael Curtin**
**2301 South Third Street**
**Louisville, KY 40292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$91,404.81** |
|---|---|---|---|

**U of L Real Estate Foundation, Inc. (Ren**
**Attn:  Accounts Receivable**
**600 North Hurstbourne Parkway Ste 300**
**Louisville, KY 40222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$645.54** |
|---|---|---|---|

**UnitedHealthcare Medicare Solutions**
**Johnson and Rountree Premium**
**PO Box 301599**
**Dallas, TX 75303-1599**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,403.45** |
|---|---|---|---|

**UPS-PLANS**
**Lockbox 577**
**Carol Stream, IL 60132-0577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,949.48** |
|---|---|---|---|

**USA Scientific**
**Accounts Receivable**
**PO Box 30000**
**Orlando, FL 32891-8210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59,201.39** |
|---|---|---|---|

**Valdes, Roland , Jr**
**1629 Connor Station Rd**
**Simpsonville, KY 40067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pharmacogenetics Diagnostic Laboratory, LLC** | Case number (if known) | **16-33404** |
|---|---|---|---|
| | Name | | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|
| | **Weitendorf, Frederick**<br>**3423 Lexington Rd.**<br>**Louisville, KY 40207** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $281.18 |
|---|---|---|---|
| | **Wells Fargo Financial Leasing**<br>**PO Box 10306**<br>**DesMoines, IA 50306-0306** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|
| | **Work-A-Haulix, LLC**<br>**4100 Eastmoor Rd.**<br>**Louisville, KY 40218** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,608.50 |
|---|---|---|---|
| | **Wyatt, Tarrant & Combs, LLP**<br>**500 West Jefferson St., STE 2800**<br>**Louisville, KY 40202-2898** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106.00 |
|---|---|---|---|
| | **XBE Inc.**<br>**2119 Frankfort Avenue**<br>**Louisville, KY 40206** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,716.15 |
|---|---|---|---|
| | **Zirmed, Inc.**<br>**1311 Solutions Center**<br>**Chicago, IL 60677-1311** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Debtor | **Pharmacogenetics Diagnostic Laboratory, LLC** | | Case number *(if known)* | **16-33404** |
| | Name | | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1     **Office of the U. S. Attorney**<br>**Western District of Kentucky**<br>**For: Internal Revenue Service**<br>**717 West Broadway**<br>**Louisville, KY 40202** | Line  **2.2**<br><br>☐  Not listed. Explain ____ | _ |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.   $ | 63,502.02 |
| **5b. Total claims from Part 2** | 5b.   +   $ | 29,355,158.37 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c.   $ | 29,418,660.39 |

**Fill in this information to identify the case:**

Debtor name   **Pharmacogenetics Diagnostic Laboratory, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF KENTUCKY

Case number (if known)   **16-33404**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest — **Sales contract, lab service agreement** | |
| State the term remaining — **11/03/17** | **Adaptive Wellness Concepts LLC** |
| List the contract number of any government contract | **17026 Ongar Ct.** **Land O Lakes, FL 34638** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest — **IT services contract** | |
| State the term remaining — **month to month** | **Advanced Business Solutions** |
| List the contract number of any government contract | **2908 Brownsboro Rd. Ste. 206** **Louisville, KY 40206** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest — **Sales contract- purchase agreement, lab services** | |
| State the term remaining — **05/12/17** | **Advanced Genomics, LLC** |
| List the contract number of any government contract | **4939 De Zavala** **Suite 101** **Louisville, KY 40202** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest — **Sales contract- lab service agreement** | |
| State the term remaining — **05/10/17** | **AEVenture, LLC** |
| List the contract number of any government contract | **5202 Butternut Ridge Dr.** **Independence, OH 44131** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1    **Pharmacogenetics Diagnostic Laboratory, LLC**
      First Name        Middle Name        Last Name

Case number *(if known)*    **16-33404**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Sales contract- lab service agreement** | |
| State the term remaining — **07/21/16** | **AffiniCorp, LLC**<br>**9900 Corporate Campus Drive**<br>**Suite 3000**<br>**Louisville, KY 40223** |
| List the contract number of any government contract | |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Sales contract- lab service agreement** | |
| State the term remaining — **08/25/17** | **Applied Clinical Genomics Consultants**<br>**270 El Camino Real #374**<br>**Encinitas, CA 92024** |
| List the contract number of any government contract | |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Sales contract- lab service agreement** | |
| State the term remaining — **09/01/17** | **Biotivate**<br>**5860 Running Fox Lane**<br>**Mason, OH 45040** |
| List the contract number of any government contract | |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Sales contract- lab service agreement** | |
| State the term remaining — **02/26/17** | **Coastal Genetics, LLC**<br>**22811 Hwy 98**<br>**Fairhope, AL 36532** |
| List the contract number of any government contract | |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Regulated medical waste disposal agreement** | |
| State the term remaining — **02/01/18** | **Darob, Inc.**<br>**PO BOX 99085**<br>**1801 Research Drive**<br>**Louisville, KY 40269** |
| List the contract number of any government contract | |
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest — **Sales contract- lab service agreement** | |
| State the term remaining — **04/11/17** | **Dominion Diagnostics**<br>**211 Circuit Drive**<br>**North Kingstown, RI 02852** |
| List the contract number of any | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1  **Pharmacogenetics Diagnostic Laboratory, LLC**

First Name         Middle Name         Last Name

Case number (*if known*)   **16-33404**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | |
|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Services Retainer Agreement** | |
| | State the term remaining | **unknown** | **Donald R. Hurd, Principle** |
| | List the contract number of any government contract | | **720 Kind Road** **Coxs Creek, KY 40013** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Copier leases and maintenance** | |
| | State the term remaining | **various** | **Duplicator Sales and Service** |
| | List the contract number of any government contract | | **831 E. Broadway** **Louisville, KY 40204** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Sales contract- lab service agreement** | |
| | State the term remaining | **10/24/17** | **Echelon Medical Innovations** **3900 N. 10th St.** |
| | List the contract number of any government contract | | **Suite 309** **McAllen, TX 78503** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Lab waste disposal contract** | |
| | State the term remaining | **unknown** | **Evergreen Environmental** |
| | List the contract number of any government contract | | **100 South 1st. Street** **Shelbyville, KY 40065** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Laboratory Services Agreement** | |
| | State the term remaining | **08/06/17** | **First Step Recovery Center** **2628 Kull Road** |
| | List the contract number of any government contract | | **Lancaster, OH 43130** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Sales contract- lab service agreement** | **Gulf States Genetics LLC** **1902 Island Drive** **Monroe, LA 71201** |

Debtor 1   **Pharmacogenetics Diagnostic Laboratory, LLC**
First Name          Middle Name          Last Name

Case number *(if known)*   **16-33404**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | **04/30/17** |  |
|---|---|---|---|
|  | List the contract number of any government contract |  |  |
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Sales contract- lab service agreement** |  |
|  | State the term remaining | **03/11/17** | **Gulfstream Genomics, LLC** **9301 N. Central Expressway** **Tower 2, Suite 335** **Dallas, TX 75231** |
|  | List the contract number of any government contract |  |  |
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Healthcare software services agreement** |  |
|  | State the term remaining | **09/28/21** | **hci.com, Inc.** **6100 Technology Center Drive** **Indianapolis, IN 46278** |
|  | List the contract number of any government contract |  |  |
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Contract to provide onsite HR support** |  |
|  | State the term remaining | **unknown** | **HR Affiliates** **1930 Bishop Lane** **Suite 111** **Louisville, KY 40218** |
|  | List the contract number of any government contract |  |  |
| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Sales contract, lab service agreement** |  |
|  | State the term remaining | **05/29/17** | **Insight Laboratories** **610 Coit Road** **Suite 200A** **Plano, TX 75075** |
|  | List the contract number of any government contract |  |  |
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Sales contract- lab service agreement** |  |
|  | State the term remaining | **03/19/17** | **Integrated Global Medical Solutions** **3543 Valley Trail** **Chattanooga, TN 37415** |
|  | List the contract number of any government contract |  |  |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Pharmacogenetics Diagnostic Laboratory, LLC**                               Case number (*if known*)  **16-33404**
     First Name         Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Sales contract- lab service agreement** | |
|---|---|---|---|
| | State the term remaining | **04/15/17** | **International Genetics Labs** |
| | List the contract number of any government contract | | **900 Wilshire Drive Suite 202 Troy, MI 48084** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Sales contract- lab service agreement** | |
|---|---|---|---|
| | State the term remaining | **07/22/17** | **Janel Lopez** |
| | List the contract number of any government contract | | **9879 NW 2nd St Fort Lauderdale, FL 33324** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Sales contract- lab service agreement** | |
|---|---|---|---|
| | State the term remaining | **08/16/17** | **Jeffery S. Surridge** |
| | List the contract number of any government contract | | **d/b/a Mpowered Consults 3243 Fitzgerald St Jacksonville, FL 32254** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Sales contract- lab service agreement** | |
|---|---|---|---|
| | State the term remaining | **08/21/17** | **Kinolai Health** |
| | List the contract number of any government contract | | **15 Old Credarbrook Road Wyncote, PA 19095** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Sales contract- lab service agreement** | |
|---|---|---|---|
| | State the term remaining | **04/16/17** | **L Squared Healthcare Technologies** |
| | List the contract number of any government contract | | **2000 Ponce De Leon Blvd Floor 6 Miami, FL 33134** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Sales contract- lab service agreement** | |
|---|---|---|---|
| | State the term remaining | **04/27/17** | **Lexar Labs** |
| | List the contract number of any | | **221 Summit Square Place Suite 100/150 Lexington, KY 40509** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1   **Pharmacogenetics Diagnostic Laboratory, LLC**                                Case number *(if known)*   **16-33404**

      First Name         Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | government contract | | |
|---|---|---|---|---|

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Service Agreement** | | |
|---|---|---|---|---|
| | State the term remaining | **02/20/18** | **Life Technologies Corp.**<br>**Attn: Service Contract Administration**<br>**Mailstop: PLE C-1**<br>**5781 Van Allen Way**<br>**Carlsbad, CA 92008** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Sales contract-lab service agreement** | | |
|---|---|---|---|---|
| | State the term remaining | **06/24/17** | **LTC Ventures**<br>**413 Golf Drive**<br>**Birmingham, AL 35226** |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Sales contract- lab service agreement** | | |
|---|---|---|---|---|
| | State the term remaining | **05/10/17** | **Matthew Dahm**<br>**2714 Brookhaven Drive**<br>**Wheelersburg, OH 45694** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Sales contract- purchase agreement for samples** | | |
|---|---|---|---|---|
| | State the term remaining | **06/13/17** | **Momouth Medical Center**<br>**300 Second Avenue**<br>**Long Branch, NJ 07740** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Verbal agreement between NextHealth and PGXL to provide PGXL a minimum compensation for samples.** | | |
|---|---|---|---|---|
| | State the term remaining | **unknown** | **NextHealth**<br>**Attn: Keith Gray**<br>**5710 LBJ Freeway**<br>**Suite 300**<br>**Dallas, TX 75240** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    **Pharmacogenetics Diagnostic Laboratory, LLC**                                    Case number (*if known*)    **16-33404**
_____
First Name          Middle Name          Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Sales contract-purchase agreement for samples** | |
|---|---|---|---|
| | State the term remaining | **unknown** | **North Lake Laboratory LLC** |
| | List the contract number of any government contract | | **1209 N Avenue** **Suite 3** **Plano, TX 75074** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement** | |
|---|---|---|---|
| | State the term remaining | **06/30/21** | **Nucleus** |
| | List the contract number of any government contract | | **c/o UofL Real Estate Foundation** **215 Central Avenue** **Ste 304** **Louisville, KY 40208** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Sales contract- service agreement for business marketing** | |
|---|---|---|---|
| | State the term remaining | **08/17/17** | **Opulent Med Solutions** |
| | List the contract number of any government contract | | **1310 Saddle Rack Street** **Unit 410** **San Jose, CA 95126** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Orchard Software Service and Support Agreement** | |
|---|---|---|---|
| | State the term remaining | **unknown** | **Orchard Software** |
| | List the contract number of any government contract | | **701 Congressional Blvd** **Ste 360** **Carmel, IN 46032** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Sales contract- lab service agreement** | |
|---|---|---|---|
| | State the term remaining | **05/10/17** | **Patrick Mahoney** |
| | List the contract number of any government contract | | **9736 Meade Circ;e** **Westminster, CO 80031** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Pharmacogenetics Diagnostic Laboratory, LLC**                    Case number (*if known*)    **16-33404**

First Name    Middle Name    Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.38.** State what the contract or lease is for and the nature of the debtor's interest

**Master Services Agreement, for services and expertise in the field of molecular diagnostic Research and Development related products and services.**

State the term remaining **05/01/19**

List the contract number of any government contract

**PGXL Technologies, LLC**
**201 East Jefferson Street**
**Suite 309**
**Louisville, KY 40202**

---

**2.39.** State what the contract or lease is for and the nature of the debtor's interest

**Sales contract- lab service agreement**

State the term remaining **05/10/17**

List the contract number of any government contract

**Premier DNA**
**6800 Jericho Tpk.**
**Suite 201w**
**Syosset, NY 11791**

---

**2.40.** State what the contract or lease is for and the nature of the debtor's interest

**Sales contract- lab service agreement**

State the term remaining **10/11/17**

List the contract number of any government contract

**Spector Scientific Laboratory**
**160 SW 12th Avenue**
**Unit 103B**
**Deerfield Beach, FL 33442**

---

**2.41.** State what the contract or lease is for and the nature of the debtor's interest

**Sales contract- lab service agreement**

State the term remaining **08/01/17**

List the contract number of any government contract

**Sterling Healthcare Opco, LLC**
**d/b/a Cordant Health Solutions**
**12015 East 46th Ave**
**Suite 650**
**Denver, CO 80239**

---

**2.42.** State what the contract or lease is for and the nature of the debtor's interest

**Sales contract- lab service agreement**

State the term remaining **01/30/17**`

List the contract number of any government contract

**Strategic Medical. LLC**
**ATTN: Mike Jones**
**66 E. 70th Street**
**Indianapolis, IN 46220**

---

Debtor 1    **Pharmacogenetics Diagnostic Laboratory, LLC**                    Case number *(if known)*    **16-33404**
       First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.43.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Software Agreement-Telcor provides cloud based software specific to laboratory billing end of November 2016**<br><br><br><br><br>**Telcor, Inc.**<br>**7101 A St.**<br>**Lincoln, NE 68510** |
| **2.44.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Subscriber data exchange contract**<br><br><br>**02/03/17**<br><br><br>**TevixMD**<br>**400 Village Square Crossing #3K**<br>**Palm Beach Gardens, FL 33410** |
| **2.45.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Service Maintenance Agreement for Thermo Fisher Scientific equipment.**<br>**unknown**<br><br><br>**Thermo FIsher Scientific Asheville LLC**<br>**Bldg 2B, Suite 400**<br>**28 Schenck Parkway**<br>**Asheville, NC 28803** |
| **2.46.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Sales contract- lab service agreement**<br><br><br>**05/10/17**<br><br><br>**Trinitas Health**<br>**28691 US Hwy 98**<br>**Suite D1**<br>**Daphne, AL 36526** |
| **2.47.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Content license agreement**<br><br><br>**unknown**<br><br><br>**Truvent Health Analytics**<br>**6200 S. Syracuse Way**<br>**Suite 300**<br>**Englewood, CO 80111** |
| **2.48.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any | **Executive License Agreement**<br><br><br>**12/31/16**<br><br>**UofL Research Foundation**<br>**201 Jefferson Street**<br>**Ste 215**<br>**University of Louisville**<br>**Louisville, KY 40202** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    **Pharmacogenetics Diagnostic Laboratory, LLC**

First Name        Middle Name        Last Name

Case number (*if known*)    **16-33404**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |
|---|---|---|---|

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Sales contract- lab service agreement** |  |
|---|---|---|---|
|  | State the term remaining | **unknown** | **Viaquest**<br>**525 Metro Place North**<br>**Suite 309**<br>**Louisville, KY 40202** |
|  | List the contract number of any government contract |  |  |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease Agreement** |  |
|---|---|---|---|
|  | State the term remaining | **01/30/18** | **XBE Inc.**<br>**2119 Frankfort Avenue**<br>**Louisville, KY 40206** |
|  | List the contract number of any government contract |  |  |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Submitter agent** |  |
|---|---|---|---|
|  | State the term remaining | **unknown** | **Zirmed, Inc.**<br>**888 W Market Street**<br>**Suite 400**<br>**Louisville, KY 40202** |
|  | List the contract number of any government contract |  |  |

**Fill in this information to identify the case:**

Debtor name **Pharmacogenetics Diagnostic Laboratory, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF KENTUCKY

Case number (if known) **16-33404**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Linder, Mark-E. | 5124 Oaklawn Park Dr. Louisville, KY 40299 | Stock Yards Bank & Trust Company | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.2 | University of Louisville Foundation, Inc | ATTN: KATHLEEN SMITH 103 GRAWEMEYER HALL UNIVERSITY OF LOUISVILLE Louisville, KY 40292 | Stock Yards Bank & Trust Company | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.3 | Valdes, Roland , Jr | 1629 Connor Station Rd Simpsonville, KY 40067 | Stock Yards Bank & Trust Company | ☐ D _____ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Pharmacogenetics Diagnostic Laboratory, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY

Case number (if known)    **16-33404**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$3,538,855.00** |
   | **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$8,804,807.00** |
   | **For year before that:**<br>From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$8,114,520.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   | --- | --- | --- | --- |

Debtor    **Pharmacogenetics Diagnostic Laboratory, LLC**                    Case number *(if known)* **16-33404**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Valdes, Roland , Jr**<br>**1629 Connor Station Rd**<br>**Simpsonville, KY 40067** | 10/21/2016 | $30,000.00 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Hartung, Bronwyn Ramey**<br>**10055 Harrods Creek Drive**<br>**Prospect, KY 40059** | 8/31/2016 | $24,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **U of L Real Estate Foundation, Inc.**<br>**(Ren**<br>**Attn:  Accounts Receivable**<br>**600 North Hurstbourne Parkway Ste**<br>**300**<br>**Louisville, KY 40222** | 9/08/2016 | $17,625.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Rent__ |
| 3.4. **Life Technologies - Invitrogen**<br>**Bank of America Lockbox Services**<br>**12088 Collections Center Dr.**<br>**Chicago, IL 60693** | 8/31/2016 | $13,487.18 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **DeSalvo and Co., Inc.**<br>**9987 Carver Rd., STE 210**<br>**Cincinnati, OH 45242** | 9/6/2016 | $15,079.06 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.6. **hc1.com, Inc.**<br>**Dept CH 19588**<br>**Palatine, IL 60055-9588** | 8/22/2016 | $10,400.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **Mintz, Levin, Cohn, Ferris,**<br>**Glovsky&Pope**<br>**Popeo, P.C.**<br>**PO Box 4539**<br>**Boston, MA 02212-4539** | 8/22/2016 | $7,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **UPS-PLANS**<br>**Lockbox 577**<br>**Carol Stream, IL 60132-0577** | 10/06/2016 | $7,018.07 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Pharmacogenetics Diagnostic Laboratory, LLC**                    Case number *(if known)*    **16-33404**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.9. **DBT Properties, LLC**<br>**3816 Ethel Ave**<br>**Louisville, KY 40218** | **10/21/2016** | **$30,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **PGXL Technologies, LLC**<br>**201 East Jefferson St**<br>**Louisville, KY 40202**<br>**creditor** | **04/03/2016** | **$7,500.00** | **bill payment** |
| 4.2. **PGXL Technologies, LLC**<br>**201 East Jefferson St**<br>**Louisville, KY 40202**<br>**creditor** | **04/18/2016** | **$13,000.00** | **bill payment** |
| 4.3. **Linder, Mark-E.**<br>**5124 Oaklawn Park Dr.**<br>**Louisville, KY 40299**<br>**Officer, Director, Member** | **Various** | **$167,232.00** | **Compensation** |
| 4.4. **Valdes, Roland , Jr**<br>**1629 Connor Station Rd**<br>**Simpsonville, KY 40067**<br>**Officer, Director, Member** | **4/7/2016** | **$25,000.00** | **Repayment of officer loan** |
| 4.5. **Valdes, Roland , Jr**<br>**1629 Connor Station Rd**<br>**Simpsonville, KY 40067**<br>**Officer, Director, Member** | **Various** | **$146,400.00** | **Compensation** |
| 4.6. **U of L Foundation**<br>**c/o Michael Curtin**<br>**2301 South Third Street**<br>**Louisville, KY 40292**<br>**Member** | **Various** | **$581,945.49** | **Rent, loan guarantee** |

5. **Repossessions, foreclosures, and returns**
List any property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Debtor    **Pharmacogenetics Diagnostic Laboratory, LLC**                    Case number *(if known)*  **16-33404**

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

## Part 3:    Legal Actions or Assignments

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Hartung, Bronwyn vs. Pharmacogenetics Diagnostic Laboratory**<br>**15-CI-004527** | **Civil** | **Kentucky Court of Justice**<br>**700 W Jefferson Street**<br>**Louisville, KY 40202** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **Medicare payment dispute, $26,333,173.00 claimed**<br>**AR# 15112ZPIC41844-AG;**<br>**NPI# 1255376620** | **CGS Administrators LLC claims that the debtor owes the Centers for Medicare and Medicaid Services a refund of all amounts paid for Medicare billings. Currently an administrative matter.** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.   Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

## Part 4:    Certain Gifts and Charitable Contributions

9.   **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

## Part 5:    Certain Losses

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

Debtor    **Pharmacogenetics Diagnostic Laboratory, LLC**          Case number *(if known)*  **16-33404**

---

| **Part 6:** | Certain Payments or Transfers |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Kaplan & Partners LLP 710 W. Main Street 4th Floor Louisville, KY 40202** | | **11/07/2016** | **$25,000.00** |
| | Email or website address **kplouisville.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **University of Louisville Foundation Inc Attn: Kathleen Smith 103 Grawemeyer Hall University of Louisville Louisville, KY 40208** | **18,152 Class A stock units in the debtor, a renegotiated License Agreement, and $347,509.52 cash as listed** | **03/25/2016** | **$347,509.52** |
| | Relationship to debtor **Member, power to appoint a director** | | | |
| 13.2. | **Dr. Roland Valdes 1629 Connor Station Road Simpsonville, KY 40067** | **25,500 Stock Units of PGXL Technologies LLC** | **05/02/2016** | **$85,000.00** |
| | Relationship to debtor **President, director, member** | | | |

---

Debtor    **Pharmacogenetics Diagnostic Laboratory, LLC**    Case number *(if known)*  **16-33404**

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.3. | **Dr. Saeed A. Jortani** **1004 Woodland Ridge Court** **Louisville, KY 40245** | **4500 Stock units of PGXL Technologies, LLC** | **05/02/2016** | **$15,000.00** |
| | **Relationship to debtor** | | | |
| 13.4. | **PGXL Technologies, LLC** **201 East Jefferson St** **Suite 309** **Louisville, KY 40202** | **$406,661 paid for a right of first refusal to various intellectual property described on Schedule B.** | **Prior to May 1, 2016** | **$406,661.00** |
| | **Relationship to debtor** **Share a co-member, Dr. Valdes. Previously owned by the debtor.** | | | |

**Part 7:**    **Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

**Part 8:**    **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1.   **PGX Laboratories** **201 E. Jefferson Street, Ste. 309** **Louisville, KY 40202** | **Pharmacogenetics diagnostics - reviewing patients' genes to analyse personalized drug effects for the patient** | **No in-patient or out-patient services. Laboratory services only.** |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. **201 E. Jefferson Street, Ste. 309, Louisville, Kentucky** | **How are records kept?** *Check all that apply:* ☑ Electronically ☐ Paper |

**Part 9:**    **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

| Debtor | Pharmacogenetics Diagnostic Laboratory, LLC | Case number *(if known)* | 16-33404 |
|---|---|---|---|

**Protected Health Information**

Does the debtor have a privacy policy about that information?

☐ No
☑ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.

    ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| PGXL Laboratories 401(k) Savings Plan | EIN: 34-2030428 |

Has the plan been terminated?

☑ No
☐ Yes

---

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Republic Bank**<br>**601 West Market Street**<br>**Louisville, KY 40202** | **XXXX-1559** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **08/2016** | **$600.19** |
| 18.2. | **Republic Bank**<br>**601 West Market Street**<br>**Louisville, KY 40202** | **XXXX-6278** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☑ Other **Lockbox Account** | **08/2016** | **$723.01** |
| 18.3. | **PNC Bank**<br>**500 W Jefferson Street**<br>**Louisville, KY 40202** | **XXXX-4367** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☑ Other **Federal LOC** | **08/2016** | **$0.00** |

---

Debtor    **Pharmacogenetics Diagnostic Laboratory, LLC**                                  Case number *(if known)*  **16-33404**

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.4. | **PNC Bank**<br>**500 W Jefferson Street**<br>**Louisville, KY 40202** | **XXXX-4359** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other __Federal Funds/Medicare Account__ | **04/2016** | **$0.00** |
| 18.5. | **PNC Bank**<br>**500 W Jefferson Street**<br>**Louisville, KY 40202** | **XXXX-0366** | ☐ Checking<br>☐ Savings<br>■ Money Market<br>☐ Brokerage<br>☐ Other___ | **04/2016** | **$1,008.06** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

Debtor    **Pharmacogenetics Diagnostic Laboratory, LLC**                Case number *(if known)*  **16-33404**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Laura DeSalvo, CPA DeSalvo & Company 9987 Carver Road Suite 210 Cincinnati, OH 45242** | **2004-current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **DeSalvo and Co., Inc. 9987 Carver Rd., STE 210 Cincinnati, OH 45242** | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Pharmacogenetics Diagnostic Laboratory, LLC**                    Case number *(if known)* **16-33404**

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Kayla McKnight, Whitney Blakey, Kristen Reynolds** | **11/08/2016** | **115,000** |

Name and address of the person who has possession of inventory records

**Pharmacogenetics Diagnostic Laboratory**
**201 East Jefferson Street**
**Suite 309**
**Louisville, KY 40202**

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Roland Valdes** | **PGXL Laboratories**<br>**201 East Jefferson Street**<br>**Suite 309**<br>**Louisville, KY 40202** | **President, director, member** | **59.68** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mark Linder** | **PGXL Laboratories**<br>**201 East Jeffesron Street**<br>**Suite 309**<br>**Louisville, KY 40202** | **Sr. EVP, director, member** | **8.15** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **R Jason Tomlinson** | **c/o University of Louisville Foundation**<br>**2301 South Third Street**<br>**Louisville, KY 40292** | **director** | **0 - though he is Vice President for Finance and Chief Financial Officer of the University of Louisville Foundation, which is a member of the debtor, and is the foundation's appointee to the debtor's board of directors** |

Debtor    **Pharmacogenetics Diagnostic Laboratory, LLC**          Case number *(if known)*  **16-33404**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert Proulx | 7835 Doug Hill<br>San Diego, CA 92127 | director | 0 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| U of L Foundation | c/o Michael Curtin<br>2301 South Third Street<br>Louisville, KY 40292 | member with right to appoint one director | 32.17 |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| MetaCyte Business Lab, LLC | c/o Michael Curtin<br>University of Louisville Foundation, Inc<br>Louisville, KY 40292 | member (4.8%) | December 2005 to April 2016 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See Question 4** | | | |
| | Relationship to debtor | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Pharmacogenetics Diagnostic Laboratory, LLC** | Case number *(if known)* | **16-33404** |

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___**November 30, 2016**___

| /s/ **Dr. Roland Valdes, Jr.** | **Dr. Roland Valdes, Jr.** |
|---|---|
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor   **President/CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Kentucky

In re **Pharmacogenetics Diagnostic Laboratory, LLC**

Debtor(s)

Case No.    **16-33404**

Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **hourly fee plus expenses** |
| Prior to the filing of this statement I have received | $ **25,000.00** |
| Balance Due | $ **hourly fee plus expenses** |

2. $  **1,717.00**   of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☑ Debtor        ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☑ Debtor        ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; preparation and filing of applications as needed; preparation and filing of motions.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 30, 2016**

*Date*

**/s/ Charity B. Neukomm**

**Charity B. Neukomm**
*Signature of Attorney*
**Kaplan & Partners LLP**
**710 West Main Street**
**Fourth Floor**
**Louisville, KY 40202**
**502-416-1630   Fax: 502-540-8282**
*Name of law firm*

---

## United States Bankruptcy Court
### Western District of Kentucky

In re  **Pharmacogenetics Diagnostic Laboratory, LLC**

Debtor(s)

Case No.   **16-33404**

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Linder, Mark-E.**<br>**5124 Oaklawn Park Dr.**<br>**Louisville, KY 40299** | **Membership** | **10725** | **Membership** |
| **University of Louisville Foundation, Inc**<br>**ATTN: KATHLEEN SMITH**<br>**103 GRAWEMEYER HALL**<br>**UNIVERSITY OF LOUISVILLE**<br>**Louisville, KY 40292** | **Membership** | **42335** | **Membership** |
| **Valdes, Roland , Jr**<br>**1629 Connor Station Rd**<br>**Simpsonville, KY 40067** | **Membership** | **78525** | **Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President/CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **November 30, 2016**

Signature  **/s/ Dr. Roland Valdes, Jr.**

**Dr. Roland Valdes, Jr.**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Western District of Kentucky

| | | |
|---|---|---|
| In re | **Pharmacogenetics Diagnostic Laboratory, LLC** | Case No.   **16-33404** |
| | Debtor(s) | Chapter   **11** |

# VERIFICATION OF CREDITOR MATRIX

I, the President/CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **November 30, 2016**                      **/s/ Dr. Roland Valdes, Jr.**

**Dr. Roland Valdes, Jr./President/CEO**
Signer/Title

Acuity - Property insurance
2800 S. Taylor Drive
P.O. Box 718
Sheboygan, WI 53081

Adaptive Wellness Concepts LLC
17026 Ongar Ct.
Land O Lakes, FL 34638

Advanced Business Solutions
2908 Brownsboro Rd. Ste. 206
Louisville, KY 40206

Advanced Genomics, LLC
4939 De Zavala
Suite 101
Louisville, KY 40202

AEVenture, LLC
5202 Butternut Ridge Dr.
Independence, OH 44131

AffiniCorp, LLC
9900 Corporate Campus Drive
Suite 3000
Louisville, KY 40223

American Express
P.O. Box 650448
Dallas, TX 75265-0448

AnythingGroes
PO Box 305
Buckner, KY 40010

Applied Clinical Genomics Consultants
270 El Camino Real #374
Encinitas, CA 92024

Bee Line Courier Services, Inc
P.O. Box 32186
Louisville, KY 40232

Bingham Greenebaum Doll, LLP
3913 Solutions Center
Chicago, IL 60677

BioTek
Highland Park PO Box 998
Winooski, VT 05404-0998

Biotivate
5860 Running Fox Lane
Mason, OH 45040

Bluegrass Credentialing & Consulting, LL
121 South Highland St.
Winchester, KY 40391

BMS
PO Box 43653
Louisville, KY 40253-0653

Brown, Robert
Business School, Bellarmine University
2001 Newburg Road
Louisville, KY 40205

Carolina Container
PO Drawer 2166
High Point, NC 27261

CGS Administrators LLC
J15-Kentucky Part B
Attn:  Overpayment Recovery
Nashville, KY 37202-0018

Citrix Online, LLC
File 50264
Los Angeles, CA 90074-0264

Clark and Riggs Printing, Inc.
1705 West Jefferson St.
Louisville, KY 40203

Coastal Genetics, LLC
22811 Hwy 98
Fairhope, AL 36532

Commonwealth of Kentucky
Division of Unemployment Insurance
P.O. Box 948
Frankfort, KY 40602-6835

Copyright Clearance Center
PO Box
843006
Boston, MA 02284-3006

Darob, Inc.
PO BOX 99085
1801 Research Drive
Louisville, KY 40269

Dell Financial Services
Attn: Probate
One Dell Way
Mail Stop RR2DF-37
Round Rock, TX 78682

DNA Core
University of Louisville
Baxter II, R. 226
Louisville, KY 45202

Docu Confidential
4100 Eastmoor Rd.
Louisville, KY 40218

Dominion Diagnostics
211 Circuit Drive
North Kingstown, RI 02852

Donald R. Hurd, Principle
720 Kind Road
Coxs Creek, KY 40013

Duplicator Sales and Service
831 E. Broadway
Louisville, KY 40204

Echelon Medical Innovations
3900 N. 10th St.
Suite 309
McAllen, TX 78503

Education & Workforce Development Cab.
275 East Main Street
Frankfort, KY 40601

Eppendorf
P.O. Box 13275
Newark, NJ 07101-3275

Epstein Becker Green
Two Houston Center
909 Fannin, Suite 3838
Houston, TX 77010

EscrowTech International, Inc.
Technology Law Center
3290 West Mayflower Way
Lehi, UT 84043

Essential Molecular Testing Corp.
19195 Mystic Pointe Dr.
Tower 100, Unit 2402
Aventura, FL 33180

Essential Molecular Testing Corporation
D. Brian Rattliff
Kruger & Schwartz
3339 Taylorsville Road
Louisville, KY 40205

Eventboard
Attention:  Accounting
224 South 200 West, STE 100
Salt Lake City, UT 84101

Evergreen Environmental
100 South 1st. Street
Shelbyville, KY 40065

Excellent Projects
4024 Springhll Rd,
Louisville, KY 40207

FedEx
PO Box 371461
Pittsburgh, PA 15250-7461

First Step Recovery Center
2628 Kull Road
Lancaster, OH 43130

Fisher Scientific
Attn:  964123-001
13551 Collections Center Dr.
Chicago, IL 60693

GBC
145 Bradford Dr
West Berlin, NJ 08091

Gulf States Genetics LLC
1902 Island Drive
Monroe, LA 71201

Gulfstream Genomics, LLC
9301 N. Central Expressway
Tower 2, Suite 335
Dallas, TX 75231

Hamilton Robotics
ATTN: Accounts Rec.
PO Box 10030
Reno, NV 89520-0012

hci.com, Inc.
6100 Technology Center Drive
Indianapolis, IN 46278

Highmark Blue Shield
Cashier
P.O. Box 890150
Camp Hill, PA 17011-9774

HR Affiliates
1930 Bishop Lane
Suite 111
Louisville, KY 40218

Innovise Creative Group
304 W. Liberty Street
Suite 1M
Louisville, KY 40202

Insight Laboratories
610 Coit Road
Suite 200A
Plano, TX 75075

Integrated DNA
25104 Network Place
Chicago, IL 60673-1251

Integrated Global Medical Solutions
3543 Valley Trail
Chattanooga, TN 37415

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

International Genetics Labs
900 Wilshire Drive
Suite 202
Troy, MI 48084

Janel Lopez
9879 NW 2nd St
Fort Lauderdale, FL 33324

Jefferson County Sheriff's Office
PO Box 34570
Louisville, KY 40232

Jeffery S. Surridge
d/b/a Mpowerd Consults
3243 Fitzgerald St
Jacksonville, FL 32254

Kentucky Department of Revenue
501 High Street
Frankfort, KY 40601

Kinolai Health
15 Old Credarbrook Road
Wyncote, PA 19095

L Squared Healthcare Technologies
2000 Ponce De Leon Blvd
Floor 6
Miami, FL 33134

Lexar Labs
221 Summit Square Place
Suite 100/150
Lexington, KY 40509

Life Technologies - Invitrogen
Bank of America Lockbox Services
12088 Collections Center Dr.
Chicago, IL 60693

Life Technologies Corp.
Attn: Service Contract Administration
Mailstop: PLE C-1
5781 Van Allen Way
Carlsbad, CA 92008

Linder, Mark-E.
5124 Oaklawn Park Dr.
Louisville, KY 40299

Logan's
P.O. Box 643958
Cincinnati, OH 45264-3958

Louisville Metro Revenue Commission
617 W. Jefferson Street
Louisville, KY 40202

LTC Ventures
413 Golf Drive
Birmingham, AL 35226

Luminex Corporation
PO Box 915207
Dallas, TX 75391-5207

Marlin Business Bank
2795 E Cottonwood Pkwy
Ste 120
Salt Lake City, UT 84121

Mass Mutual
Law Department
1295 State Street
Springfield, MA 00111

Master Control, Inc.
6330 South 3000 East, Ste. 200
Salt Lake City, UT 84121

Matthew Dahm
2714 Brookhaven Drive
Wheelersburg, OH 45694

MB Financial Bank, N.A.
6111 North River Road, 9th Floor
Rosemont, IL 60018

MIDSCI
P.O. Box 11750
St. Louis, MO 63105

Midwest Premium Finance
24722 Network Place
Chicago, IL 60673-1247

Mintz, Levin, Cohn, Ferris, Glovsky&Pope
Popeo, P.C.
PO Box 4539
Boston, MA 02212-4539

Momouth Medical Center
300 Second Avenue
Long Branch, NJ 07740

New York State Department of Health
C/O LCS&Z, LLP
33 Century Hill Drive
Latham, NY 12110

NextHealth
Attn: Keith Gray
5710 LBJ Freeway
Suite 300
Dallas, TX 75240

North Lake Laboratory LLC
1209 N Avenue
Suite 3
Plano, TX 75074

Nucleus
c/o UofL Real Estate Foundation
215 Central Avenue
Ste 304
Louisville, KY 40208

NYS Workers Compensation Board
Finance Office, Assessment Unit
328 State St. Rm 331
Schenectady, NY 12305

O'Neal, Wendell
2855 Patterson Farms Lane
Cincinnati, OH 45244

Office of the U. S. Attorney
Western District of Kentucky
For: Internal Revenue Service
717 West Broadway
Louisville, KY 40202

Opulent Med Solutions
1310 Saddle Rack Street
Unit 410
San Jose, CA 95126

Orchard Software
701 Congressional Blvd
Ste 360
Carmel, IN 46032

Patent & Trademark Bureau
1500 Market Street
12th Floor, East Tower
Philadelphia, PA 19102

Patrick Mahoney
9736 Meade Circ;e
Westminster, CO 80031

PGXL Technologies, LLC
201 East Jefferson Street
Suite 309
Louisville, KY 40202

PNC Equipment Finance, LLC
995 Dalton Ave
Cincinnati, OH 45203

Premier DNA
6800 Jericho Tpk.
Suite 201w
Syosset, NY 11791

Professional Communications Service, Inc
105 Poplar Street
Erie, PA 16507

Retirement Plan Resources
943 S. First Street
Louisville, KY 40203

Signarama
909 E. Market St., Ste. 400
Louisville, KY 40206

Silicon Biosystems
US Office and Laboratory
10355 Science Center Drive
San Diego, CA 92121

SimplexGrinnell
Dept. CH 10320
Palatine, IL 60055-0320

Spector Scientific Laboratory
160 SW 12th Avenue
Unit 103B
Deerfield Beach, FL 33442

Sterling Healthcare Opco, LLC
d/b/a Cordant Health Solutions
12015 East 46th Ave
Suite 650
Denver, CO 80239

Stock Yards Bank & Trust Company
1040 East Main Street
Louisville, KY 40206

Strategic Medical. LLC
ATTN: Mike Jones
66 E. 70th Street
Indianapolis, IN 46220

Technology Investment Partners, L.L.C.
40950 Woodward Avenue, Suite 201
Bloomfield Hills, MI 48304

Tek-Pette
Pipette Calibration & Repair
3220 Cleveland Avenue
Columbus, OH 43224

Telcor, Inc.
7101 A St.
Lincoln, NE 68510

TevixMD
400 Village Square Crossing #3K
Palm Beach Gardens, FL 33410

tevixMD Corporation
6650 W. Indiantown Rd. # 210
Jupiter, FL 33458

Thermo FIsher Scientific Asheville LLC
Bldg 2B, Suite 400
28 Schenck Parkway
Asheville, NC 28803

Trinitas Health
28691 US Hwy 98
Suite D1
Daphne, AL 36526

Truvent Health Analytics
6200 S. Syracuse Way
Suite 300
Englewood, CO 80111

Tyler Mountain Water Co., Inc.
PO Box 849
Mitro, WV 25143-0849

U of L Foundation
c/o Michael Curtin
2301 South Third Street
Louisville, KY 40292

U of L Real Estate Foundation, Inc. (Ren
Attn: Accounts Receivable
600 North Hurstbourne Parkway Ste 300
Louisville, KY 40222

UnitedHealthcare Medicare Solutions
Johnson and Rountree Premium
PO Box 301599
Dallas, TX 75303-1599

University of Louisville Foundation, Inc
ATTN: KATHLEEN SMITH
103 GRAWEMEYER HALL
UNIVERSITY OF LOUISVILLE
Louisville, KY 40292

UofL Research Foundation
201 Jefferson Street
Ste 215
University of Louisville
Louisville, KY 40202

UPS-PLANS
Lockbox 577
Carol Stream, IL 60132-0577

USA Scientific
Accounts Receivable
PO Box 30000
Orlando, FL 32891-8210

Valdes, Roland , Jr
1629 Connor Station Rd
Simpsonville, KY 40067

Viaquest
525 Metro Place North
Suite 309
Louisville, KY 40202

Weitendorf, Frederick
3423 Lexington Rd.
Louisville, KY 40207

Wells Fargo Financial Leasing
PO Box 10306
DesMoines, IA 50306-0306

Work-A-Haulix, LLC
4100 Eastmoor Rd.
Louisville, KY 40218

Wyatt, Tarrant & Combs, LLP
500 West Jefferson St., STE 2800
Louisville, KY 40202-2898

XBE Inc.
2119 Frankfort Avenue
Louisville, KY 40206

Zirmed, Inc.
1311 Solutions Center
Chicago, IL 60677-1311

Zirmed, Inc.
888 W Market Street
Suite 400
Louisville, KY 40202