**Strothman and Company**
*Certified Public Accountants and Advisors*
1600 Waterfront Plaza
325 West Main Street
Louisville, KY 40202
502 585 1600



Invoice Date 12/31/2016

PGXL Laboratories
201 East Jefferson Street
Louisville, KY 40202

Client No. 37859.000
Invoice No. 41102
Terms: Due Upon Receipt

---

For professional services through December 31, 2016 in connection with conferences on bankruptcy matters, QuickBooks training, preparation of various schedules for bankruptcy court filings and various other accounting and tax matters

Total for Above Services    $8,905.00

www.strothman.com

Strothman & Company, P.S.C.  
PGXL Laboratories - 37859  
Invoice No. 41102

12/31/2016  
Page 2

| Date | Description of Services | Staff | Hours |
|---|---|---|---|
| 11/18/2016 | Other services<br>QBs conversion and bankruptcy info requests | Forish, Darren | 3.00 |
| 11/21/2016 | Other services<br>QBs conversion and bankruptcy info requests | Forish, Darren | 1.00 |
| 11/21/2016 | Bankruptcy services | Agamemnonos, Athanasis | 4.20 |
| 11/22/2016 | Other services<br>QBs conversion and bankruptcy info requests | Forish, Darren | 1.50 |
| 11/22/2016 | Bankruptcy services | Agamemnonos, Athanasis | 6.10 |
| 11/22/2016 | Business planning services<br>assist with information for court filing; phone calls and e-mails | Meyer, Bill | 1.20 |
| 11/28/2016 | Bankruptcy services | Agamemnonos, Athanasis | 2.50 |
| 11/28/2016 | Bankruptcy services<br>QBs matters | Forish, Darren | 1.00 |
| 11/29/2016 | Bankruptcy services | Agamemnonos, Athanasis | 1.60 |
| 12/02/2016 | Bankruptcy services | Agamemnonos, Athanasis | 3.30 |
| 12/05/2016 | Bankruptcy services | Agamemnonos, Athanasis | 2.80 |
| 12/06/2016 | Bankruptcy services | Agamemnonos, Athanasis | 1.10 |
| 12/07/2016 | Preparation of tax notice response | Reynolds, Meaghan | 0.50 |
| 12/07/2016 | Other services<br>Meeting preparation | Forish, Darren | 1.00 |
| 12/07/2016 | Assist with tax notice<br>Assist with Tax Notice | Forish, Darren | 1.00 |
| 12/09/2016 | Bankruptcy services | Agamemnonos, Athanasis | 0.80 |
| 12/09/2016 | Other services<br>QBs Training and Reconciliation of Bank Reconciliation Issues | Forish, Darren | 2.00 |
| 12/09/2016 | Assist with tax notice<br>Assistance with KY Tax Notice | Forish, Darren | 0.50 |
| 12/13/2016 | Bankruptcy services | Agamemnonos, Athanasis | 2.30 |
| 12/14/2016 | Other services<br>Review of QBs/Cash Balance issues | Forish, Darren | 2.00 |
| 12/21/2016 | Bankruptcy services<br>Responses to inquiries/request for bankruptcy filings | Forish, Darren | 0.50 |
| 12/22/2016 | Bankruptcy services | Agamemnonos, Athanasis | 2.50 |
| 12/22/2016 | Bankruptcy services | Agamemnonos, Athanasis | 1.00 |
| 12/22/2016 | Bankruptcy services<br>Responses to inquiries/request for bankruptcy filings | Forish, Darren | 2.00 |
| 12/23/2016 | Bankruptcy services<br>Responses to inquiries/request for bankruptcy filings | Forish, Darren | 2.00 |
| 12/28/2016 | Bankruptcy services | Agamemnonos, Athanasis | 0.50 |

Strothman & Company, P.S.C.  
PGXL Laboratories - 37859  
Invoice No. 41102  

12/31/2016  
Page 3  

| | | | |
|---|---|---|---|
| 12/28/2016 | Bankruptcy services<br>Responses to inquiries/request for bankruptcy filings | Forish, Darren | 0.50 |
| 12/29/2016 | Bankruptcy services | Agamemnonos, Athanasis | 0.30 |