UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| PHARMACOGENETICS DIAGNOSTIC LABORATORY, LLC | ) ) |
| | ) |
| Debtor | ) CASE NO. 16-33404-thf |
| | ) |

**FIRST OMNIBUS NOTICE OF DEBTOR'S CONDITIONAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES**
**\* \* \*   \* \* \*   \* \* \***

Comes the Debtor, Pharmacogenetics Diagnostic Laboratory, LLC (**"Debtor"**), by counsel, and hereby notifies the parties in the Notice contained herein that, pursuant to the Court's Order (A) Approving Bidding Procedures in Connection with Asset Sale and (B) Approving Form and Manner of Notice of Auction and Sale Hearing (Doc. 158) (the **"Procedures Order"**), the Debtor conditionally assumes and assigns the included executory contracts.

**Notice**

Parties receiving this omnibus Notice should locate their names and their contracts or leases (each an **"Assumed Contract"**) listed in this Notice. If no objection is filed with the Court no later than August 13, 2017, the monetary amount Debtor believes to be necessary to cure any and all monetary defaults with respect to the Assumed Contract pursuant to section 365 of the Bankruptcy Code (the **"Cure Amount"**) set forth in this Notice will be controlling notwithstanding anything to the contrary in any Assumed Contract or other document, and the non-debtor party to the Assumed Contract will be forever barred from asserting any other claim arising prior to the assignment against Debtor or PM or the Successful Bidder as to such

Assumed Contract. If an objection to the assumption and assignment is made, such objection will be heard on August 14, 2017, at 10:00 a.m. (Eastern time) at 601 West Broadway, Fifth Floor, Courtroom #2, Louisville, Kentucky 40202 (the **"Sale Hearing"**). If an objection by the non-debtor contracting party is made only with respect to the Cure Amount, a hearing to fix the Cure Amount will be set contemporaneously with the Sale Hearing; provided, however, that Debtor reserves its right to reject any executory contract until such time as the Cure Amount is fixed and accepted, and PM is not obligated under the APA to close the Asset Sale if the Cure Amount is greater than $0.00.

| **Party to Contract** | **Contracts** | **Proposed Cure Amount** |
|---|---|---|
| Accordia<br>2500 Monroe Boulevard<br>Suite 100<br>Norristown, PA 19403 | All contracts with the Debtor | $0 |
| Advantage Health Solutions<br>9045 River Rd #200<br>Indianapolis, IN 46240 | All contracts with the Debtor | $0 |
| Aetna<br>426 W Jefferson St<br>Louisville, KY 40202 | All contracts with the Debtor | $0 |
| Aetna Better Health MCO<br>Aetna Better Health of Ohio<br>7400 W. Campus Road<br>New Albany, OH 43054 | All contracts with the Debtor | $0 |
| AHC<br>55 S. Parkside Dr.<br>Colorado Springs, CO 80901 | All contracts with the Debtor | $0 |
| Alabama Medicaid<br>501 Dexter Ave<br>Montgomery, AL 36130 | All contracts with the Debtor | $0 |
| Alaska Medicaid<br>4501 Business Park Blvd # 24<br>Anchorage, AK 99503 | All contracts with the Debtor | $0 |
| Ameriben<br>3449 East Copper Point Dr.<br>Meridian, ID 83642 | All contracts with the Debtor | $0 |

| | | |
|---|---|---|
| Amerigroup MCO<br>7550 Teague Rd<br>Hanover, MD 21076 | All contracts with the Debtor | $0 |
| Ancillary Care Services<br>222 W. LAS COLINAS BLVD STE 500N<br>IRVING, TX 75039 | All contracts with the Debtor | $0 |
| Anthem BCBS<br>13550 Triton Park Blvd<br>Louisville, KY 40223 | All contracts with the Debtor | $0 |
| Anthem Medicaid MCO<br>618 W Liberty St<br>Louisville, KY 40202 | All contracts with the Debtor | $0 |
| Arizona Medicaid<br>5547 N 2nd St<br>Phoenix, AZ 85012 | All contracts with the Debtor | $0 |
| Arkansas Managed Care Organization (AMCO)/PPO Plus/Stratose<br>10 Corporate Hill Dr<br>Little Rock, AR 72205 | All contracts with the Debtor | $0 |
| Arkansas Medicaid<br>700 Main St #1100<br>Little Rock, AR 72201 | All contracts with the Debtor | $0 |
| BCBS of Hawaii/HMSA<br>HMSA P.O. Box 860<br>Honolulu, HI 96808 | All contracts with the Debtor | $0 |
| BCBS of Iowa/Wellmark<br>1331 Grand Ave<br>Des Moines, IA 50309 | All contracts with the Debtor | $0 |
| BCBS of Minnesota<br>P.O. Box 64560<br>St. Paul, MN 55164 | All contracts with the Debtor | $0 |
| BCBS of Texas<br>Blue Cross and Blue Shield of Texas<br>1001 E. Lookout Drive<br>Richardson, TX 75082 | All contracts with the Debtor | $0 |
| Beechstreet<br>535 East Diehl Road<br>Suite.100<br>Naperville, IL 60563 | All contracts with the Debtor | $0 |
| Blue Cross Blue Shield of Illinois | All contracts with the Debtor | $0 |

| | | |
|---|---|---|
| 2 E 22nd St #101.2<br>Lombard, IL 60148 | | |
| Blue KC<br>One Pershing Square<br>2301 Main Street<br>Kansas City, MO 64108 | All contracts with the Debtor | $0 |
| Blue Shield of California<br>77775 Cottonwood Cove<br>Indian Wells, CA 92210 | All contracts with the Debtor | $0 |
| Bluegrass Family Health<br>651 Perimeter Dr<br>Lexington, KY 40517 | All contracts with the Debtor | $0 |
| Broadspire<br>1001 Summit Boulevard<br>Atlanta, GA 30319 | All contracts with the Debtor | $0 |
| Canadian Medical Network<br>140 Renfrew Dr<br>Markham, ON L3R 6B3<br>Canada | All contracts with the Debtor | $0 |
| Capital Blue Cross (Harrisburg)<br>Capital BlueCross<br>PO Box 779519<br>Harrisburg, PA 17177 | All contracts with the Debtor | $0 |
| CareFirst BCBS<br>1501 South Clinton Street<br>Baltimore, MD 21224 | All contracts with the Debtor | $0 |
| Cayman Islands National Insurance Company Ltd<br><br>P.O.Box 10112<br>Grand Cayman, KY1-1001<br>Cayman Islands | All contracts with the Debtor | $0 |
| Cenpatico<br>12515-8 Research Blvd #400<br>Austin, TX 78759 | All contracts with the Debtor | $0 |
| Center Care<br>Stadium Park Plaza   360 East 8th Avenue<br>Suite 411<br>Bowling Green, KY 42101 | All contracts with the Debtor | $0 |
| CHAMPVA<br>5777 West Century Boulevard<br>Suite 350 | All contracts with the Debtor | $0 |

| | | |
|---|---|---|
| Los Angeles, CA 90045 | | |
| Coalition of America/Stratose<br>2 Crossroads Drive<br>Bedminster, NJ 07921 | All contracts with the Debtor | $0 |
| Colorado Medicaid<br>1570 Grant Street<br>Denver, CO 80203 | All contracts with the Debtor | $0 |
| Coventry<br>Coventry Health Care<br>6730-B Rockledge Drive<br>Bethesda, MD 20817 | All contracts with the Debtor | $0 |
| Coventry Cares MCO<br>9900 Corporate Campus Dr #1000<br>Louisville, KY 40223 | All contracts with the Debtor | $0 |
| Encore Health Network<br>8520 Allison Pointe Blvd #200<br>Indianapolis, IN 46250 | All contracts with the Debtor | $0 |
| Evergreen Health Coop<br>3000 Falls Rd #1<br>Baltimore, MD 21211 | All contracts with the Debtor | $0 |
| Evolutions HealthCare Systems<br>8406 Massachusetts Ave. Suite A-1<br>Trinity, FL 34653 | All contracts with the Debtor | $0 |
| Fidelis Care<br>NEW YORK STATE CATHOLIC HEALTH PLAN INC<br>9525 Queens Blvd<br>Rego Park, NY 11374 | All contracts with the Debtor | $0 |
| First Choice Health<br>One Union Square<br>600 University Suite 1400<br>Seattle, WA 98101 | All contracts with the Debtor | $0 |
| Formost<br>4652 Hollywood Blvd.<br>Los Angeles, CA 90027 | All contracts with the Debtor | $0 |
| Fortified Providers Networks<br>8096 N 85th Way #105<br>Scottsdale, AZ 85258 | All contracts with the Debtor | $0 |

| | | |
|---|---|---|
| Galaxy Health Network<br>Galaxy Health Network<br>P.O. Box 201425<br>Arlington, TX  76006 | All contracts with the Debtor | $0 |
| GEHA<br>G E H A<br>310 Ne Mulberry St<br>Lees Summit, MO  64086 | All contracts with the Debtor | $0 |
| Georgia Medicaid<br>2100 E Exchange Pl # 200<br>Tucker, GA  30084 | All contracts with the Debtor | $0 |
| Georgia Wellcare<br>33 W 11th St #101<br>Columbus, GA  31901 | All contracts with the Debtor | $0 |
| Gilsbar/360 Alliance<br>2100 Covington Centre<br>Covington, LA  70433 | All contracts with the Debtor | $0 |
| Global Excel Management<br>73 Queen Street<br>Sherbrooke,  JIM 0C9<br>Canada | All contracts with the Debtor | $0 |
| Global Health Claim Services<br>12080 SW 121st Avenue<br>Suite B1-184<br>Miami, FL  33186 | All contracts with the Debtor | $0 |
| Grand Ronde Indian Tribe<br>The Confederated Tribes of<br>Grand Ronde<br>9605 Grand Ronde Road<br>Grand Ronde, OR  97347 | All contracts with the Debtor | $0 |
| Group Health Options Plan<br>PPO<br>320 Westlake Ave. N.<br>Suite 100<br>Seattle, WA  98109 | All contracts with the Debtor | $0 |
| Hawaii Medicaid/Quest<br>1388 Kilauea Ave<br>Hilo, HI  96720 | All contracts with the Debtor | $0 |
| Health EOS<br>115 Fifth Avenue<br>New York, NY  10003 | All contracts with the Debtor | $0 |
| HFN<br>1315 W 22nd St #300<br>Oak Brook, IL  60523 | All contracts with the Debtor | $0 |

| | | |
|---|---|---|
| Highmark BCBS<br>Highmark Fifth Avenue Place<br>120 Fifth Avenue<br>Pittsburgh, PA 15222 | All contracts with the Debtor | $0 |
| Highmark Blue Shield<br>Highmark Blue Shield<br>P.O. Box 890173<br>Camp Hill, PA 17089 | All contracts with the Debtor | $0 |
| Humana<br>500 West Main Street<br>Louisville, KY 40202 | All contracts with the Debtor | $0 |
| Idaho Medicaid<br>1070 Hiline Rd # 370<br>Pocatello, ID 83201 | All contracts with the Debtor | $0 |
| Illinois Medicaid<br>201 South Grand Ave E<br>Springfield, IL 62704 | All contracts with the Debtor | $0 |
| Indiana BCBS (Anthem)<br>2425 North Meridian Street<br>Indianapolis, IN 46208 | All contracts with the Debtor | $0 |
| Indiana BCBS Anthem MCO<br>13550 Triton Park Blvd<br>Louisville, KY 40223 | All contracts with the Debtor | $0 |
| Indiana Medicaid<br>125 N Weinbach Ave<br>Evansville, IN 47711 | All contracts with the Debtor | $0 |
| Intercommunity Health<br>(Samaritan Health)<br>Samaritan Health Services<br>3600 NW Samaritan Dr<br>Corvallis, OR 97330 | All contracts with the Debtor | $0 |
| Interplan/HealthSmart<br>2400 Cabot Dr # 300<br>Lisle, IL 60532 | All contracts with the Debtor | $0 |
| Kansas Medicaid<br>6700 SW Topeka Blvd<br>Topeka, KS 66619 | All contracts with the Debtor | $0 |
| Kentucky Medicaid<br>115 Crossfield Dr # D<br>Versailles, KY 40383 | All contracts with the Debtor | $0 |
| Louisiana Medicaid<br>628 N 4th St<br>Baton Rouge, LA 70802 | All contracts with the Debtor | $0 |

| | | |
|---|---|---|
| Louisiana Medicaid<br>628 N 4th St<br>Baton Rouge, LA 70802 | All contracts with the Debtor | $0 |
| MagnaCare<br>Magnacare<br>1600 Stewart Avenue Suite 700<br>Westbury, NY 11590 | All contracts with the Debtor | $0 |
| Magnolia Health<br>111 East Capitol Street<br>Suite 500<br>Jackson, MS 39201 | All contracts with the Debtor | $0 |
| Maine Medicaid (MaineCare)<br>242 State St<br>Augusta, ME 04333 | All contracts with the Debtor | $0 |
| Managed Health Services<br>550 N Meridian St #101<br>Indianapolis, IN 46204 | All contracts with the Debtor | $0 |
| Maryland Medicaid<br>201 W. Preston Street<br>Baltimore, MD 21201 | All contracts with the Debtor | $0 |
| MCEBP Missoula County Employee Benefits Fund<br>438 West Spruce<br>Missoula, MT 59802 | All contracts with the Debtor | $0 |
| MD Wise<br>1200 Madison Ave # 400<br>Indianapolis, IN 46225 | All contracts with the Debtor | $0 |
| Medical Mutual of Ohio<br>Medical Mutual<br>2060 E. 9th Street<br>Cleveland, OH 44115 | All contracts with the Debtor | $0 |
| MEDNET<br>Mednet Healthcare Technologies<br>275 Phillips Blvd<br>Ewing, NJ 08618 | All contracts with the Debtor | $0 |
| Meridian<br>Meridian Health Plan<br>666 Grand Avenue<br>Des Moines, IA 50309 | All contracts with the Debtor | $0 |
| Meridian Health Plan of Michigan<br>1 Campus Martius #700 | All contracts with the Debtor | $0 |

| | | |
|---|---|---|
| Detroit, MI 48226 | | |
| Michigan Medicaid (CHAMPS)<br>333 S. Grand Ave<br>P.O. Box 30195<br>Lansing, MI 48909 | All contracts with the Debtor | $0 |
| Mississippi Medicaid<br>550 High Street<br>Suite 1000<br>Jackson, MS 39201 | All contracts with the Debtor | $0 |
| Missouri Medicaid<br>MO HealthNet Division<br>615 Howerton Court<br>Jefferson City, MO 65102 | All contracts with the Debtor | $0 |
| Montana Medicaid<br>Montana Healthcare Programs<br>PO Box 4936<br>Helena, MT 59604 | All contracts with the Debtor | $0 |
| National Preferred Provider Network<br>2 Crossroads Drive<br>Bedminster, NJ 07921 | All contracts with the Debtor | $0 |
| Nebraska Medicaid<br>Nebraska Department of HHS<br>301 Centennial Mall South<br>Lincoln, NE 68509 | All contracts with the Debtor | $0 |
| Network Health<br>101 Station Landing<br>Medford, MA 02155 | All contracts with the Debtor | $0 |
| New Jersey Medicaid<br>NJ Department of Human Services<br>PO Box 712<br>Trenton, NJ 08625 | All contracts with the Debtor | $0 |
| New Mexico Medicaid<br>New Mexico Department of Human Services<br>PO Box 2348<br>Sante Fe, NM 87504 | All contracts with the Debtor | $0 |
| North Carolina Medicaid (NC Tracks)<br>NC Department of Health & Human Services<br>101 Blair Drive | All contracts with the Debtor | $0 |

| | | |
|---|---|---|
| Raleigh, NC 27603 | | |
| Ohio Bureau of Workers Comp (BWC)<br>BWC<br>30 W. Spring St.<br>Columbus, OH 43215 | All contracts with the Debtor | $0 |
| Ohio Medicaid<br>50 WEST TOWN STREET<br>SUITE 400<br>COLUMBUS, OH 43215 | All contracts with the Debtor | $0 |
| Oregon Medicaid<br>Oregon Health Authority<br>500 Summer Street NE 3rd Floor<br>Salem, OR 94310 | All contracts with the Debtor | $0 |
| PacificSource<br>901 Pier View Dr # 209<br>Idaho Falls, ID 83402 | All contracts with the Debtor | $0 |
| Paramount<br>106 Park Place<br>Dundee, MI 48131 | All contracts with the Debtor | $0 |
| Passport MCO<br>5100 Commerce Crossings Dr<br>Louisville, KY 40229 | All contracts with the Debtor | $0 |
| Payors & United Providers/Up & Up<br>2275 Research Blvd<br>Rockville, MD 20850 | All contracts with the Debtor | $0 |
| Pennsylvania Medicaid<br>Pennsylvania Department of Public Welfare<br>PO Box 2675<br>Harrisburg, PA 17105 | All contracts with the Debtor | $0 |
| PHCS<br>115 Fifth Avenue<br>New York, NY 10003 | All contracts with the Debtor | $0 |
| PHP of Northern Indiana<br>8101 W Jefferson Blvd<br>Fort Wayne, IN 46804 | All contracts with the Debtor | $0 |

Respectfully submitted,

/s/ James E. McGhee III
CHARITY B. NEUKOMM
JAMES E. McGHEE III
KAPLAN & PARTNERS LLP
710 West Main Street
Fourth Floor
Louisville KY 40202
(502) 416-1634
jmcghee@kplouisville.com
*Counsel for the Debtor*

## CERTIFICATE OF SERVICE

It is hereby certified that on July 31, 2017, a true and correct copy of the foregoing was (a) mailed electronically through the U.S. Bankruptcy Court's ECF system to the electronic addresses as set forth in the ECF system to the U.S. Trustee and all other persons receiving electronic notifications in this case, (b) mailed, first-class, postage prepaid, to all other persons, if any, identified in the Court's Notice of Electronic Filing who do not receive electronic notice but are entitled to be served, and (c) served as indicated in the notice provision of this Motion.

/s/ James E. McGhee III
JAMES E. McGHEE III