**Strothman and Company**
*Certified Public Accountants and Advisors*
1600 Waterfront Plaza
325 West Main Street
Louisville, KY 40202
502 585 1600



Invoice Date 8/25/2017

PGXL Laboratories
201 East Jefferson Street, Ste 309
Louisville, KY 40202

Client No. 37859.000
Invoice No. 42947
Terms: Due Upon Receipt

For professional services from June 29, 2017 through August 15, 2017 in connection with entry of May adjusting journal entries in QuickBooks, correspondence with company, preparation of tax returns, analysis of PGX Technolgy transaction, adjustment to returns based on analysis of PGX Technology transaction, and various other accounting and tax matters during the period.

Total for Above Services    $2,750.00

www.strothman.com

**PGXL**
**Detail of Strothman and Company Services**

| Date | Description of Services | Professional | Hours |
|------|------------------------|--------------|-------|
| 7/20/2017 | Entry of May Adjusting Journal Entries in QuickBooks at the request of Management | Agamemnonos, Athanasis | 1.00 |
| 7/25/2017 | Correspondence with company counsel | Forish, Darren | 0.50 |
| 7/27/2017 | Review of requests for draft tax information | Forish, Darren | 0.50 |
| 7/28/2017 | Print and Assemble Draft Forms K-1 and forward to company | Agamemnonos, Athanasis | 0.20 |
| 7/31/2017 | Revisions after internal review of tax returns | Agamemnonos, Athanasis | 0.70 |
| 8/2/2017 | Review Dr. Linder's inquiries regarding draft Forms K-1 and PGX Tech transaction | Forish, Darren | 0.50 |
| 8/3/2017 | Review and respond to Dr. Linder's inquiries regarding draft Forms K-1 and PGX Tech transaction | Agamemnonos, Athanasis | 3.80 |
| 8/7/2017 | Analyze effects of PGX Tech transaction | Meyer, Bill | 1.00 |
| 8/7/2017 | Revise return based on Dr. Linder's inquiries related to PGX Tech transaction | Forish, Darren | 1.50 |
| 8/8/2017 | Revise return based on Dr. Linder's inquiries related to PGX Tech transaction | Forish, Darren | 2.00 |
| 8/8/2017 | Review results of PGX Tech transaction and discuss with Dr. Linder | Meyer, Bill | 1.00 |